## **Exhibit B**

**Valuation Report**

(see attached)

<u>**VALUATION ANALYSIS**</u>

A.  **VALUATION OF THE REORGANIZED DEBTOR**

   1.  <u>**Introduction**</u>

In conjunction with formulating the Plan, the Debtors have determined that it is appropriate to estimate a post-Confirmation going concern value for the reorganized Cubic Asset Debtor and the Cubic Louisiana Debtor. Accordingly, the Debtors have directed Houlihan to prepare such a valuation. The valuation was prepared solely by Houlihan at the direction of the Debtors. As the Cubic Asset Debtor and Cubic Louisiana Debtor will be reorganized separately, the valuation herein separately reflects the value of the Cubic Asset Debtor and the Cubic Louisiana Debtor.

   2.  <u>**Valuation**</u>

**THE VALUATIONS SET FORTH HEREIN REPRESENT ESTIMATED REORGANIZATION VALUES AND DO NOT NECESSARILY REFLECT VALUES THAT COULD BE ATTAINABLE IN THE PUBLIC OR PRIVATE MARKETS.**

Solely for purposes of the Plan, the estimated range of reorganization value of the Cubic Asset Debtor is assumed to be $50.0 million to $66.5 million (with a midpoint value of $58.3 million). The estimated range of reorganization value of the Cubic Louisiana Debtor is assumed to be $9.5 million to $11.5 million (with a midpoint value of $10.5 million). These estimated reorganization values include value provided by the Cubic Asset Debtor and Cubic Louisiana Debtor's entire businesses, respectively as of an assumed Effective Date of February 29, 2016. Houlihan did not value or analyze any potential tax attributes associated with the businesses.

**HOULIHAN'S ESTIMATE OF A RANGE OF ENTERPRISE VALUES DOES NOT CONSTITUTE AN OPINION AS TO FAIRNESS FROM A FINANCIAL PERSPECTIVE OF THE CONSIDERATION TO BE RECEIVED UNDER THE PLAN OR OF THE TERMS AND PROVISIONS OF THE PLAN. THE ESTIMATED RANGE OF THE REORGANIZATION VALUE, AS OF AN ASSUMED EFFECTIVE DATE OF FEBRUARY 29, 2016, REFLECTS WORK PERFORMED BY HOULIHAN ON THE BASIS OF INFORMATION IN RESPECT OF THE BUSINESS AND ASSETS OF THE DEBTORS AVAILABLE TO HOULIHAN CURRENT AS OF THE DATE OF THIS DISCLOSURE STATEMENT. IT SHOULD BE UNDERSTOOD THAT, ALTHOUGH SUBSEQUENT DEVELOPMENTS MAY AFFECT HOULIHAN'S CONCLUSIONS, HOULIHAN DOES NOT HAVE ANY OBLIGATION TO UPDATE, REVISE, OR REAFFIRM ITS ESTIMATE.**

The foregoing estimate of the reorganization value of the Debtors is based on a number of assumptions, including a successful reorganization of the Debtors' businesses and finances in a timely manner, the implementation of the New Cubic Energy's business plan, the achievement of the forecasted reserve volumes, economic ultimate recovery, production rates and development and production expenditures reflected in the Cubic Asset's reserve report, the continuing leadership of the existing management team, market conditions continuing through the assumed Effective Date of February 29, 2016, and the Plan becoming effective in accordance with the

estimates and other assumptions discussed herein.

IN ESTIMATING THE RANGE OF THE REORGANIZATION VALUE OF THE DEBTORS, HOULIHAN:

- REVIEWED CERTAIN HISTORICAL FINANCIAL INFORMATION OF THE DEBTORS FOR THE MOST RECENT YEARS AND INTERIM PERIODS;

- REVIEWED CERTAIN INTERNAL FINANCIAL AND OPERATING DATA OF THE DEBTORS, INCLUDING THE PROJECTIONS, WHICH WERE PREPARED AND PROVIDED TO HOULIHAN BY THE DEBTORS' MANAGEMENT AND WHICH RELATE TO THE DEBTORS' BUSINESS AND PROSPECTS;

- REVIEWED RESERVE REPORTS, WHICH WERE PREPARED BY THE DEBTORS' THIRD PARTY RESERVE ENGINEER AND PROVIDED TO HOULIHAN BY THE DEBTORS' MANAGEMENT

- MET WITH CERTAIN MEMBERS OF SENIOR MANAGEMENT OF THE DEBTORS TO DISCUSS THE DEBTORS' OPERATIONS, FINANCIAL PERFORMANCE AND OPERATING TRENDS, AND FUTURE PROSPECTS;

- CONSIDERED PUBLICLY AVAILABLE FINANCIAL DATA AND REVIEWED THE MARKET VALUE OF PUBLIC COMPANIES THAT HOULIHAN DEEMED GENERALLY COMPARABLE TO THE OPERATING BUSINESS OF THE DEBTORS;

- CONSIDERED RELEVANT PRECEDENT COMPARABLE ASSET TRANSACTIONS IN THE OIL & GAS INDUSTRY;

- CONSIDERED CERTAIN ECONOMIC AND INDUSTRY INFORMATION RELEVANT TO THE OPERATING BUSINESS;

- CONDUCTED OTHER STUDIES, ANALYSES, INQUIRIES AND INVESTIGATIONS HOULIHAN DEEMED NECESSARY AND APPROPRIATE.

ALTHOUGH HOULIHAN CONDUCTED A REVIEW AND ANALYSIS OF DEBTORS' BUSINESSES, OPERATING ASSETS AND LIABILITIES AND THE DEBTORS' BUSINESS PLAN, IT ASSUMED AND RELIED ON THE ACCURACY AND COMPLETENESS OF ALL FINANCIAL AND OTHER INFORMATION FURNISHED TO IT BY THE DEBTORS, PUBLICLY AVAILABLE INFORMATION, AS WELL AS THE RESERVE REPORTS PROVIDED BY THE DEBTORS' THIRD PARTY RESERVE ENGINEERS.  IN ADDITION, HOULIHAN DID NOT INDEPENDENTLY VERIFY MANAGEMENT'S PROJECTIONS IN CONNECTION WITH SUCH ESTIMATES OF THE REORGANIZATION VALUE.

ESTIMATES OF THE REORGANIZATION VALUE DO NOT PURPORT TO BE APPRAISALS OR NECESSARILY REFLECT THE VALUES THAT MAY BE REALIZED IF ASSETS ARE SOLD AS A GOING CONCERN, IN LIQUIDATION, OR OTHERWISE.

IN THE CASE OF THE DEBTORS, THE ESTIMATES OF THE REORGANIZATION VALUE PREPARED BY HOULIHAN REPRESENT THE HYPOTHETICAL REORGANIZATION VALUE OF THE DEBTORS.  SUCH ESTIMATES WERE DEVELOPED SOLELY FOR PURPOSES OF THE FORMULATION AND NEGOTIATION OF THE PLAN AND THE ANALYSIS OF IMPLIED RELATIVE RECOVERIES TO CREDITORS THEREUNDER.  SUCH ESTIMATES REFLECT COMPUTATIONS OF THE RANGE OF THE ESTIMATED REORGANIZATION ENTERPRISE VALUE OF THE DEBTORS THROUGH THE APPLICATION OF CERTAIN VALUATION TECHNIQUES AND DO NOT PURPORT TO REFLECT OR CONSTITUTE APPRAISALS, LIQUIDATION VALUES OR ESTIMATES OF THE ACTUAL MARKET VALUE THAT MAY BE REALIZED THROUGH THE SALE OF ANY SECURITIES TO BE ISSUED PURSUANT TO THE PLAN, WHICH MAY BE SIGNIFICANTLY DIFFERENT THAN THE AMOUNTS SET FORTH HEREIN.

THE VALUE OF AN OPERATING BUSINESS IS SUBJECT TO NUMEROUS UNCERTAINTIES AND CONTINGENCIES WHICH ARE DIFFICULT TO PREDICT AND WILL FLUCTUATE WITH CHANGES IN FACTORS AFFECTING THE FINANCIAL CONDITION AND PROSPECTS OF SUCH A BUSINESS.  AS A RESULT, THE ESTIMATE OF THE RANGE OF THE REORGANIZATION ENTERPRISE VALUE OF THE DEBTORS SET FORTH HEREIN IS NOT NECESSARILY INDICATIVE OF ACTUAL OUTCOMES, WHICH MAY BE SIGNIFICANTLY MORE OR LESS FAVORABLE THAN THOSE SET FORTH HEREIN.  SUCH ESTIMATES ARE INHERENTLY SUBJECT TO UNCERTAINTIES AND ACTUAL OUTCOMES AND RESULTS MAY DIFFER MATERIALLY FROM THOSE SET FORTH HEREIN.  IN ADDITION, THE VALUATION OF NEWLY ISSUED SECURITIES IS SUBJECT TO ADDITIONAL UNCERTAINTIES AND CONTINGENCIES, ALL OF WHICH ARE DIFFICULT TO PREDICT.  ACTUAL MARKET PRICES OF SUCH SECURITIES AT ISSUANCE WILL DEPEND UPON, AMONG OTHER THINGS, PREVAILING INTEREST RATES, CONDITIONS IN THE FINANCIAL MARKETS, THE ANTICIPATED INITIAL SECURITIES HOLDINGS OF PREPETITION CREDITORS, SOME OF WHICH MAY PREFER TO LIQUIDATE THEIR INVESTMENT RATHER THAN HOLD IT ON A LONG-TERM BASIS, AND OTHER FACTORS WHICH GENERALLY INFLUENCE THE PRICES OF SECURITIES.

B.   VALUATION METHODOLOGY

Houlihan considered a variety of analyses and a variety of factors in preparing valuations of the Debtors.  Houlihan primarily considered three methodologies: Comparable Asset Transaction Analysis, Comparable Public Company Analysis, and Net Asset Value analysis.

Houlihan Lokey performed certain procedures, including each of the financial analyses described below, and reviewed the assumptions on which such analyses were based with the management of the Debtors. The following valuation analysis must be considered as a whole and selecting just one methodology or portions of the analysis could create a misleading or incomplete conclusion as to Enterprise Value.

Given the current commodity price environment, Houlihan Lokey believes the Net Asset Value methodology is the best indicator of value for these assets and therefore, while Houlihan Lokey also utilized the Comparable Asset Transaction Analysis and Comparable

Public Company Analysis, Houlihan Lokey relied primarily on the Net Asset Value methodology in preparing its valuation. This valuation methodology evaluates the specific geologic characteristics of the Debtors' assets and the required costs to realize value from those assets. Market based value analyses such as (i) Comparable Asset Transaction Analysis and (ii) Comparable Public Company Analysis are, in this instance, significantly less relevant. There are relatively very few asset transactions that have occurred in the current oil and gas pricing environment in acreage comparable to the Debtors', and as such, historical transactions consummated in a significantly higher commodity price environment are not a good indicator of relevant comparable transaction valuations today. Further, of the transactions that have taken place in the current commodity pricing environment, there are very few, if any, that include assets that share characteristics with the Debtors' assets such as geologic formation and geographic location.

The selected comparable public companies, while reflective of companies with assets that are somewhat similar, they are not sufficiently comparable to the Debtors as their reserves are significantly greater, tend to be more regionally diversified and possess geologic characteristics that are inherently different than the reserve base owned by the Debtors. In addition, many of these companies have other business lines that contribute to their enterprise value, such as midstream pipeline operations.

The following summary does not purport to be a complete description of the analyses and factors undertaken to support Houlihan's conclusions. The preparation of a valuation is a complex process involving various determinations as to the most appropriate analyses and factors to consider, as well as the application of those analyses and factors under the particular circumstances.

1. **Comparable Asset Transaction Analysis**

Comparable Asset Transaction Analysis estimates the value of a company based upon publicly announced transactions of assets with similar characteristics and ideally in a similar commodity price environment. Transaction values are analyzed on a per unit basis by calculating asset ratios. Houlihan Lokey evaluated a broad set of valuation ratios, and has selected two metrics to imply value in this analysis, specifically Transaction Value to Proved Reserves and Transaction Value to Average Daily Production.

A key factor in this approach is the selection of transactions with relatively similar assets and operational characteristics to the Debtors' assets. Criteria for selecting comparable assets for the analysis include, among other relevant characteristics, geographic location, targeted geologic formation, reserve life and size, scale of operations, oil & gas mix, production levels, production techniques and the pricing environment at the time of transaction (e.g. pre vs post- oil price crash). The selection of truly comparable transactions is typically difficult and subject to limitations due to sample size and the availability of meaningful public information.

Houlihan Lokey examined all publicly announced E&P transactions since January 1, 2014 located in East Texas and Northern Louisiana, but given the impact that commodity prices have on valuation, focused on those occurring during and after the recent oil and natural gas price

decline.

Houlihan Lokey calculated Transaction Value to Proved Reserves multiples by dividing the Transaction Values of each comparable transaction by its Proved Reserves (Mcfe), as determined through public filings, IHS database and other publicly available information. This analysis produced multiples of Transaction Value to Proved Reserves ranging from a low of approximately $0.9/Mcfe to a high of approximately $1.9/Mcfe, with a mean and median of approximately $1.4/Mcfe.

Houlihan Lokey calculated Transaction Value to Daily Production multiples by dividing the Transaction Values of each comparable transaction by its Daily Production (Mcfe/d), as determined through public filings, IHS database and other publicly available information. This analysis produced multiples of Transaction Value to Daily Production ranging from a low of approximately $4,800 per Mcfe/d to a high of approximately $15,900 per Mcfe/d, with a mean of approximately $8,200 per Mcfe/d and a median of approximately $6,700 per Mcfe/d.

Houlihan Lokey then applied the range of multiples to the Debtors' Proved Reserves volumes and current Daily Production to determine a range of enterprise values based on the Comparable Asset Transaction Methodology. In conducting this analysis, Houlihan Lokey employed multiples ranging up and down from the median of the proved reserve and production multiples derived in the Comparable Asset Transaction Analysis described above.

2. **Comparable Public Company Analysis**

The Comparable Public Company Analysis estimates the value of a company based upon the implied valuations of other similar companies that are publicly traded. Similar to the Comparable Asset Transaction Analysis, Houlihan Lokey evaluated a broad set of valuation ratios, and has relied on two key industry metrics to imply value utilizing this analysis, namely enterprise value to Proved Reserves and enterprise value to Daily Production, to calculate the implied enterprise value of the Debtors. While not a perfect indictor of value due to differences in geographic location and geology, as well as asset mix and ratios of oil to natural gas production, regional diversification (or lack thereof), at least this methodology is able to incorporate current prevailing commodity prices.

Houlihan Lokey evaluated the publicly traded companies primarily on the basis of comparability in location, stage of development and regional diversification (or the lack thereof). The following companies were selected for this analysis: Comstock Resources, Inc., Earthstone Energy, Inc., EP Energy Corporation and EXCO Resources, Inc.

The key industry multiples relied on for the Comparable Public Company Analysis were enterprise value to Total Proved Reserves and enterprise value to Daily Production. The enterprise value to Total Proved Reserves multiples were calculated by dividing the enterprise value of each comparable company as of December 7, 2015 by their Proved Reserves (Mcfe). This analysis produced multiples of enterprise value to Total Proved Reserves ranging from a low of approximately $1.3/Mcfe to a high of $2.0/Mcfe, with a mean of approximately $1.5/Mcfe and a median of approximately $1.4/Mcfe.

The enterprise value to Daily Production multiples were calculated by dividing the enterprise value of each comparable company as of December 7, 2015 by their most recently reported average Daily Production (Mcfe/d). This analysis produced multiples of enterprise value to Daily Production ranging from a low of approximately $5,100 per Mcfe/d to a high of $8,800 per Mcfe/d, with a mean of approximately $7,400 per Mcfe/d and a median of approximately $7,900 per Mcfe/d.

Houlihan Lokey then applied the relevant range of multiples to the Debtors' Proved Reserves volumes and current Daily Production to determine an implied range of enterprise values according to the Comparable Public Company Analysis. In conducting this analysis, Houlihan Lokey employed multiples ranging up and down from the median of the proved reserve and production multiples derived in the Comparable Public Company analysis described above.

### 3. **Net Asset Value Analysis**

The Net Asset Value ("NAV") analysis provides an estimated range of values that is reasonable to expect to be realized from the Debtors' existing oil and gas reserve base. In calculating the NAV, Houlihan Lokey relied heavily on the Debtors' mid-year 2015 reserve reports (dated 9/2/2015) generated by Netherland, Sewell & Associates ("NSAI") (the "Reserve Reports"). These reports have been subsequently revised to reflect current pricing as of 11/12/2015. It should be noted that Houlihan Lokey did not independently verify the underlying geological and engineering analysis and resulting operational, production and financial figures provided in the NSAI Reserve Reports. As such, any discrepancies or errors in reserves, production, costs, or commodity prices published in those reports are the sole responsibility of NSAI.

In calculating NAV, Houlihan Lokey relied on PV-10 (as defined herein) values as provided by NSAI in the most recent Reserve Reports. This represents the pre-tax present value of estimated future gross revenues generated from the production of proved, probable and possible reserves net of estimated development and production costs, discounted at an annual rate of 10% ("PV-10"). Revenues are derived based on forward looking production figures, forward pricing curves for NYMEX WTI and Henry Hub indices as of the date of estimation. Cost projections are based upon current management cost estimates (without future escalation except to the extent provided for in existing contractual arrangements), without giving effect to non-property related expenses such as general and administrative expenses, debt service, future income tax expense and depreciation, depletion and amortization.

This PV-10 value was subsequently risk-adjusted based upon the PV-10 risk factors applied to conventional reserves as per the June 2015 Society of Petroleum Evaluation Engineers ("SPEE") report. Houlihan Lokey exercised its judgement in order to determine the relevant applicable range of risk factors based upon the information provided within the SPEE report.