## **Exhibit C**

**Pro Forma Financial Projections – Cubic Asset Debtors**

(see attached)

**PROJECTED FINANCIAL INFORMATION – CUBIC ASSET DEBTORS**

In connection with the Plan, the Debtors have prepared financial projections relating to the Cubic Asset Debtor for calendar years 2016 through 2018 (the "Projections"). Calendar years 2016 through 2018 reflect the long-term projections developed by the Debtors, in consultation with its advisors.

A.   **OVERVIEW OF FINANCIAL PROJECTIONS**

As a condition to Confirmation of the Plan, the Bankruptcy Code requires the Court to find that Confirmation is not likely to be followed by a liquidation or the need to further reorganize the Debtors. The Debtors believe that the Plan meets the feasibility requirement set forth in Section 1129(a)(11) of the Bankruptcy Code, as confirmation is not likely to be followed by liquidation or the need for further financial reorganization of the Debtors or any successor under the Plan. In connection with the development of the Plan and for the purposes of determining whether the Plan satisfies this feasibility standard, the Debtors analyzed their ability to satisfy their financial obligations while maintaining sufficient liquidity and capital resources.

**THE PROJECTIONS ARE SUBJECT TO FURTHER REVIEW AND ANALYSIS BY THE DEBTORS, AND THE DEBTORS RESERVE THE RIGHT TO SUPPLEMENT, AMEND, UPDATE AND/OR OTHERWISE MODIFY SUCH PROJECTIONS PRIOR TO THE HEARING ON THE DISCLOSURE STATEMENT AND UP TO AND THROUGH THE CONFIRMATION HEARING.**

**THE PROJECTIONS ARE PRESENTED SOLELY FOR THE PURPOSE OF PROVIDING "ADEQUATE INFORMATION" UNDER SECTION 1125 OF THE BANKRUPTCY CODE TO ENABLE THE HOLDERS OF CLAIMS ENTITLED TO VOTE UNDER THE PLAN TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN AND SHOULD NOT BE USED OR RELIED UPON FOR ANY OTHER PURPOSE, INCLUDING THE PURCHASE OR SALE OF SECURITIES OF, OR CLAIMS OR EQUITY INTERESTS IN, THE DEBTORS OR ANY OF THEIR AFFILIATES.**

The Debtors, with the assistance of various professionals, prepared the Projections based upon, among other things, the anticipated future results of operations of the Cubic Asset Debtor and the Reorganized Cubic Energy. In connection with the planning and development of the Plan, the Projections were prepared by the Debtors to present the anticipated impact of the Plan. The Projections assume that the Plan will be implemented in accordance with its stated terms. The Projections are based on forecasts of key economic variables and may be significantly impacted by, among other factors, industry performance, general business, economic, competitive, market, and financial conditions, as well as the impact of management transitions, if any, and the effect of certain capital expenditure projects. Accordingly, the estimates and assumptions underlying the Projections are inherently uncertain and are subject to significant business, economic and competitive uncertainties. Therefore, such Projections, estimates and assumptions are not

necessarily indicative of current values or future performance, which may be significantly less or more favorable than set forth herein. Debtors' management is unaware of any circumstances as of the date of this Disclosure Statement that would require the re-forecasting of the Projections due to a material change in the Debtors' prospects. The Projections should be read in conjunction with the significant assumptions, qualifications and notes set forth below and discussed throughout the Plan and Disclosure Statement.

**THE PROJECTIONS ARE BASED UPON A NUMBER OF SIGNIFICANT ASSUMPTIONS. ACTUAL OPERATING RESULTS AND VALUES MAY VARY SIGNIFICANTLY FROM THESE PROJECTIONS. THE DEBTORS' INDEPENDENT AUDITOR HAS NOT COMPILED OR EXAMINED THE PROJECTIONS TO DETERMINE THE REASONABLENESS THEREOF AND, ACCORDINGLY, HAS NOT EXPRESSED AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT THERETO. THE DEBTORS DID NOT PREPARE SUCH PROJECTIONS TO COMPLY WITH THE GUIDELINES FOR PROSPECTIVE FINANCIAL STATEMENTS PUBLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS AND THE RULES AND REGULATIONS OF THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION.**

**EXCEPT AS OTHERWISE PROVIDED IN THE PLAN OR DISCLOSURE STATEMENT, THE DEBTORS DO NOT INTEND AND UNDERTAKE NO OBLIGATION TO UPDATE OR OTHERWISE REVISE THE PROJECTIONS TO REFLECT EVENTS OR CIRCUMSTANCES EXISTING OR ARISING AFTER THE DATE THE DISCLOSURE STATEMENT IS INITIALLY FILED OR TO REFLECT THE OCCURRENCE OF UNANTICIPATED EVENTS. THEREFORE, THE PROJECTIONS MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR. IN DECIDING WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN, HOLDERS OF CLAIMS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE PROJECTIONS AND SHOULD CONSULT WITH THEIR OWN ADVISORS.**

The Projections assume that the Plan will be consummated in accordance with its terms and that all transactions contemplated thereby will be consummated by the Effective Date. Any significant delay in the Effective Date may have a material adverse impact on the Debtors' business operations and financial performance, including, among other things, the incurrence of higher restructuring expenses.

Although the Projections represent the Debtors' best estimates and good faith judgment (for which the Debtors believe they have a reasonable basis) of the results of future operations, they are only estimates, and actual results may vary considerably from such Projections. Consequently, the inclusion of the Projections herein should not be regarded as a representation by the Debtors, the Debtors' advisors, or any other person that the projected results of operations of the Cubic Asset Debtor will be achieved. The Debtors do not intend to update or otherwise revise the Projections to reflect circumstances that may occur after their preparation, or to reflect the occurrence of unanticipated events, even in the event that any or all of the underlying assumptions

are shown to be in error. Additional information relating to the principal assumptions used in preparing the Projections is set forth below.

The Projections were not prepared to comply with the guidelines for prospective financial statements published by the American Institute of Certified Public Accountants and the Rules and Regulations of the Securities and Exchange Commission. The Debtors' independent accountants have neither examined nor compiled the Projections and accordingly do not express an opinion or any other form of assurance with respect to the Projections, assume no responsibility for the Projections and disclaim any association with the Projections. The information contained in the Projections is furthermore different from that required to be included in reports filed by the Debtors pursuant to the Securities Exchange Act of 1934, as amended (the "Exchange Act"), and might not be indicative of the Cubic Asset Debtor's financial condition or operating results that would be reflected in the financial statements of the Debtors or in its reports pursuant to the Exchange Act. Results set forth in the financial projections should not be viewed as indicative of future results. Except for purposes of the Disclosure Statement, the Debtors do not publish projections of their anticipated financial position or results of operations.

### B.   GENERAL ASSUMPTIONS AND METHODOLOGY

The Projections consist of the selected income statement items as of December 31 for each year for calendar years 2016 through 2018. The Projections do not reflect the impact of "fresh start" accounting. The Projections are based on a combination of (a) the latest 2016 forecast developed by management and (b) long-term projections developed by management in consultation with the Debtors' financial advisor.

The Projections, among other things: (a) are based upon current and projected market conditions; (b) assume emergence from chapter 11 on the Effective Date under the terms expected in the Plan; (c) assume the current management and operating company structure remains in place; (d) assume the ability to maintain current and obtain new permits and licenses as required; and (e) assume the completion of certain capital expenditures and execution of certain strategies to improve efficiencies and maintain the operational viability of the Debtors' business.

### C.   ASSUMPTIONS

   a. <u>General Methodology:</u> The Projections were developed on a bottom-up basis and reflect a synthesis of numerous information sources, including general business and economic conditions as well as industry and competitive trends.

   b. <u>Net Production:</u> Daily Production is forecasted separately for natural gas and oil production. Daily Production of natural gas is forecast based upon anticipated January 2016 daily production of 15,500 mcf per day and calculated on a 1% month-over-month decline curve on existing drilled and producing wells. These production figures reflect the addition of a compression system to the existing field facilities. The Projection assumes no additional production capacity will be realized from new wells during the projection period due to the unavailability of capital to undertake new drilling. Daily

    Production of oil is assume to stay constant at 19 bbls per day due to the historically de minimis production volume.

c. <u>Commodity Pricing:</u> Commodity pricing is derived based upon the terms of the existing marketing agreement with BP. The Projections assume the continuation of that agreement for the foreseeable future.

d. <u>Lease Operating Expenses:</u> Comprised of costs related to the physical operation and management of oil and gas wells.

e. <u>Workover Expense:</u> Consists of routine maintenance and repair work relating to wellheads, pipelines and distribution systems as well as the timely plugging and abandonment costs of wells and facilities associated with the production of oil and gas as wells are decommissioned.

f. <u>Lease Renewal Costs:</u> Lease acquisition costs are derived from a detailed forecast of expected payments to land owners sufficient to maintain current land holdings of 20,000 to 21,000 net acres.

g. <u>Transportation & Processing Costs</u>: Costs related to the delivery of oil & gas to third party buyers including natural gas pipeline tolling costs and trucking of liquid oil and non-gas liquid products.

h. <u>General & Administrative Expenses:</u> Consists of costs related corporate and office operations including (i) office and communication expenses; (ii) geological services; (iii) ordinary course professional fees; (iv) insurance; and (v) other miscellaneous operating expenses as per a detailed build-up of streamlined post-emergence corporate operations.

i. <u>Taxes Other than Income:</u> Assumed to be state taxes assessed for the production and development of oil and gas. Tax rates are consistent with historical levels.

## Financial Projections 2016 through 2018

| ($ in millions) | Pro Forma Post Close 2016 | 2017 | 2018 |
|---|---|---|---|
| Oil & Gas Revenues | $12.1 | $11.3 | $11.0 |
| Less: Lease Operating Expenses | (2.4) | (2.4) | (2.4) |
| Less: Workover Expenses | (0.2) | (0.2) | (0.2) |
| Operating Income | $9.5 | $8.7 | $8.3 |
| *Corporate Expenses* | | | |
| Less: General & Administrative | (2.5) | (2.5) | (2.5) |
| Less: Salaries | (0.6) | (0.4) | (0.5) |
| Total Corporate Expenses | ($3.1) | ($2.9) | ($2.9) |
| *Other Expenses* | | | |
| Lease Renewal Costs | (1.0) | (0.9) | (0.9) |
| Plug and Abandon Costs | (0.1) | (0.1) | (0.1) |
| Hilltop Resources T&P | (1.6) | (1.8) | (1.6) |
| ETC Transportation Costs | (1.6) | (1.7) | (1.6) |
| Total Other Expenses | ($4.3) | ($4.5) | ($4.3) |
| **Pro Forma EBITDA** | **$2.1** | **$1.2** | **$1.1** |

## **PROJECTED FINANCIAL INFORMATION – CUBIC LOUISIANA DEBTORS**

In connection with the Plan, the Debtors have prepared financial projections relating to the Cubic Louisiana Debtor for calendar years 2016 through 2018 (the "Projections"). Calendar years 2016 through 2018 reflect the long-term projections developed by the Debtor, in consultation with its advisors.

A.     **OVERVIEW OF FINANCIAL PROJECTIONS**

As a condition to Confirmation of the Plan, the Bankruptcy Code requires the Court to find that Confirmation is not likely to be followed by a liquidation or the need to further reorganize the Debtors. The Debtors believe that the Plan meets the feasibility requirement set forth in Section 1129(a)(11) of the Bankruptcy Code, as confirmation is not likely to be followed by liquidation or the need for further financial reorganization of the Debtors or any successor under the Plan. In connection with the development of the Plan and for the purposes of determining whether the Plan satisfies this feasibility standard, the Debtors analyzed its ability to satisfy their financial obligations while maintaining sufficient liquidity and capital resources.

**THE PROJECTIONS ARE SUBJECT TO FURTHER REVIEW AND ANALYSIS BY THE DEBTORS, AND THE DEBTORS RESERVE THE RIGHT TO SUPPLEMENT, AMEND, UPDATE AND/OR OTHERWISE MODIFY SUCH PROJECTIONS PRIOR TO THE HEARING ON THE DISCLOSURE STATEMENT AND UP TO AND THROUGH THE CONFIRMATION HEARING.**

**THE PROJECTIONS ARE PRESENTED SOLELY FOR THE PURPOSE OF PROVIDING "ADEQUATE INFORMATION" UNDER SECTION 1125 OF THE BANKRUPTCY CODE TO ENABLE THE HOLDERS OF CLAIMS ENTITLED TO VOTE UNDER THE PLAN TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN AND SHOULD NOT BE USED OR RELIED UPON FOR ANY OTHER PURPOSE, INCLUDING THE PURCHASE OR SALE OF SECURITIES OF, OR CLAIMS OR EQUITY INTERESTS IN, THE DEBTORS OR ANY OF THEIR AFFILIATES.**

The Debtors, with the assistance of various professionals, prepared the Projections based upon, among other things, the anticipated future results of operations of the Cubic Louisiana Debtor and the Reorganized Cubic Energy. In connection with the planning and development of the Plan, the Projections were prepared by the Debtors to present the anticipated impact of the Plan. The Projections assume that the Plan will be implemented in accordance with its stated terms. The Projections are based on forecasts of key economic variables and may be significantly impacted by, among other factors, industry performance, general business, economic, competitive, market, and financial conditions, as well as the impact of management transitions, if any, and the effect of certain capital expenditure projects. Accordingly, the estimates and assumptions underlying the Projections are inherently uncertain and are subject to significant business, economic and competitive uncertainties. Therefore, such Projections, estimates and assumptions are not necessarily indicative of current values or future performance, which may be significantly less or more favorable than set forth herein. Debtors' management is unaware of any circumstances as of

the date of this Disclosure Statement that would require the re-forecasting of the Projections due to a material change in the Debtors' prospects. The Projections should be read in conjunction with the significant assumptions, qualifications and notes set forth below and discussed throughout the Plan and Disclosure Statement.

**THE PROJECTIONS ARE BASED UPON A NUMBER OF SIGNIFICANT ASSUMPTIONS. ACTUAL OPERATING RESULTS AND VALUES MAY VARY SIGNIFICANTLY FROM THESE PROJECTIONS. THE DEBTORS' INDEPENDENT AUDITOR HAS NOT COMPILED OR EXAMINED THE PROJECTIONS TO DETERMINE THE REASONABLENESS THEREOF AND, ACCORDINGLY, HAS NOT EXPRESSED AN OPINION OR ANY OTHER FORM OF ASSURANCE WITH RESPECT THERETO. THE DEBTORS DID NOT PREPARE SUCH PROJECTIONS TO COMPLY WITH THE GUIDELINES FOR PROSPECTIVE FINANCIAL STATEMENTS PUBLISHED BY THE AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS AND THE RULES AND REGULATIONS OF THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION.**

**EXCEPT AS OTHERWISE PROVIDED IN THE PLAN OR DISCLOSURE STATEMENT, THE DEBTORS DO NOT INTEND AND UNDERTAKES NO OBLIGATION TO UPDATE OR OTHERWISE REVISE THE PROJECTIONS TO REFLECT EVENTS OR CIRCUMSTANCES EXISTING OR ARISING AFTER THE DATE THE DISCLOSURE STATEMENT IS INITIALLY FILED OR TO REFLECT THE OCCURRENCE OF UNANTICIPATED EVENTS. THEREFORE, THE PROJECTIONS MAY NOT BE RELIED UPON AS A GUARANTY OR OTHER ASSURANCE OF THE ACTUAL RESULTS THAT WILL OCCUR. IN DECIDING WHETHER TO VOTE TO ACCEPT OR REJECT THE PLAN, HOLDERS OF CLAIMS MUST MAKE THEIR OWN DETERMINATIONS AS TO THE REASONABLENESS OF SUCH ASSUMPTIONS AND THE RELIABILITY OF THE PROJECTIONS AND SHOULD CONSULT WITH THEIR OWN ADVISORS.**

The Projections assume that the Plan will be consummated in accordance with its terms and that all transactions contemplated thereby will be consummated by the Effective Date. Any significant delay in the Effective Date may have a material adverse impact on the Debtors' business operations and financial performance, including, among other things, the incurrence of higher restructuring expenses.

Although the Projections represent the Debtors' best estimates and good faith judgment (for which the Debtors believe they have a reasonable basis) of the results of future operations, they are only estimates, and actual results may vary considerably from such Projections. Consequently, the inclusion of the Projections herein should not be regarded as a representation by the Debtors, the Debtors' advisors, or any other person that the projected results of operations of the Cubic Louisiana Debtor will be achieved. The Debtors do not intend to update or otherwise revise the Projections to reflect circumstances that may occur after their preparation, or to reflect the occurrence of unanticipated events, even in the event that any or all of the underlying assumptions are shown to be in error. Additional information relating to the principal assumptions used in preparing the Projections is set forth below.

The Projections were not prepared to comply with the guidelines for prospective financial statements published by the American Institute of Certified Public Accountants and the Rules and Regulations of the Securities and Exchange Commission. The Debtors' independent accountants have neither examined nor compiled the Projections and accordingly do not express an opinion or any other form of assurance with respect to the Projections, assume no responsibility for the Projections and disclaim any association with the Projections. The information contained in the Projections is furthermore different from that required to be included in reports filed by the Debtors pursuant to the Securities Exchange Act of 1934, as amended (the "Exchange Act"), and might not be indicative of the Cubic Louisiana Debtor's financial condition or operating results that would be reflected in the financial statements of the Debtors or in its reports pursuant to the Exchange Act. Results set forth in the financial projections should not be viewed as indicative of future results. Except for purposes of the Disclosure Statement, the Debtors do not publish projections of their anticipated financial position or results of operations.

**B.    GENERAL ASSUMPTIONS AND METHODOLOGY**

The Projections consist of the selected income statement items as of December 31 for each year for calendar years 2016 through 2018. The Projections do not reflect the impact of "fresh start" accounting. The Projections are based on a combination of (a) the latest 2016 forecast developed by management and (b) long-term projections developed by management in consultation with the Debtors' financial advisor.

The Projections, among other things: (a) are based upon current and projected market conditions; (b) assume emergence from chapter 11 on the Effective Date under the terms expected in the Plan; (c) assume the current management and operating company structure remains in place; (d) assume the ability to maintain current and obtain new permits and licenses as required; and (e) assume the completion of certain capital expenditures and execution of certain strategies to improve efficiencies and maintain the operational viability of the Debtors' business.

**C.    ASSUMPTIONS**

j. <u>General Methodology:</u> The Projections were developed on a bottom-up basis and reflect a synthesis of numerous information sources, including general business and economic conditions as well as industry and competitive trends.

k. <u>Oil & Gas Revenues:</u> Oil & Gas Revenues are based upon historical production and realized revenue figures and calculated on a 0.8% month-over-month decline curve on existing drilled and producing wells. The Projections assumes no additional production capacity will be realized from new wells during the projection period due to the unavailability of capital to undertake new drilling.

l. <u>Lease Operating Expenses:</u> Comprised of costs related to the physical operation and management of oil and gas wells.

    m. <u>Workover Expenses:</u> Consists of routine maintenance and repair work relating to wellheads, pipelines and distribution systems as well as the timely plugging and abandonment costs of wells and facilities associated with the production of oil and gas as wells are decommissioned.

## Financial Projections 2016 through 2018

| ($ in millions) | Pro Forma Post Close 2016 | 2017 | 2018 |
|---|---|---|---|
| Net Revenues | $3.0 | $2.7 | $2.4 |
| Lease Operating Expenses | (0.2) | (0.2) | (0.2) |
| Less: Workover Expenses | (0.4) | (0.4) | (0.4) |
| Operating Income | $2.3 | $2.0 | $1.8 |
| *Other Expenses* | | | |
| Plug and Abandon Costs | 0.0 | 0.0 | 0.0 |
| Total Other Expenses | $0.0 | $0.0 | $0.0 |
| **Pro Forma EBITDA** | **$2.3** | **$2.0** | **$1.8** |