**<u>Exhibit F</u>**

**Quarterly Report of Cubic Energy, Inc. for the fiscal period ended March 31, 2015, as filed with the Securities and Exchange Commission on Form 10-Q**

(see attached)

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-Q

☒    **QUARTERLY REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**for the quarterly period ended March 31, 2015**

**OR**

☐    **TRANSITION REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**for the transition period from            to**

**Commission File Number 001-34144**

# CUBIC ENERGY, INC.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Texas** | **87-0352095** |
| (State or other jurisdiction of incorporation) | (IRS Employer Identification No.) |

**9870 Plano Road**
**Dallas, TX 75238**
(Address of principal executive offices)

**(972) 686-0369**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See definition of "large accelerated filer", "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☒ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of May 11, 2015, the registrant had 77,505,908 shares of common stock, $0.05 par value, outstanding.

Table of Contents

**Special note regarding forward-looking statements**

This quarterly report on Form 10-Q contains forward-looking statements. All statements, other than statements of historical facts, are forward-looking statements. These forward-looking statements relate to, among other things, the following: our future financial and operating performance and results; our business strategy; market prices; and our plans and forecasts.

Forward-looking statements are identified by use of terms and phrases such as "may," "expect," "estimate," "project," "plan," "believe," "intend," "achievable," "anticipate," "will," "continue," "potential," "should," "could" and similar words and phrases. Although we believe that the expectations reflected in these forward-looking statements are reasonable, they do involve certain assumptions, risks and uncertainties. Our actual results could differ materially from those anticipated in these forward-looking statements. You should consider carefully the statements in the "Risk Factors" section of our Annual Report on Form 10-K for our fiscal year ended June 30, 2014 and other sections of this report, which describe factors that could cause our actual results to differ from those set forth in the forward-looking statements, including, but not limited to, the following factors:

· our ability to cure defaults under our existing credit facilities or refinance our debt, and obtain additional capital;

· our ability to generate sufficient cash flow from operations, borrowings or other sources to enable us to service our debt and fully develop our undeveloped acreage positions;

· the volatility in commodity prices for oil and natural gas;

· the possibility that the industry may be subject to future regulatory or legislative actions (including additional taxes);

· the presence or recoverability of estimated oil and natural gas reserves and the actual future production rates and associated costs;

· the ability to replace oil and natural gas reserves;

· lease or title issues or defects to our oil and gas properties;

· environmental risks;

· drilling and operating risks;

· exploration and development risks;

· competition, including competition for acreage in oil and natural gas producing areas;

· management's ability to execute our plans to meet our goals;

· our ability to retain key members of senior management;

· our ability to obtain goods and services, such as drilling rigs and other oilfield equipment, and access to adequate gathering systems and pipeline take-away capacity, to execute our drilling program;

· general economic conditions, whether internationally, nationally or in the regional and local market areas in which we do business, may be less favorable than expected, including that the United States economic slow-down might continue to negatively affect the demand for natural gas, oil and natural gas liquids;

· continued hostilities in the Middle East and other sustained military campaigns or acts of terrorism or

sabotage; and

· other economic, competitive, governmental, legislative, regulatory, geopolitical and technological factors that may negatively impact our business, operations or pricing.

All forward-looking statements are expressly qualified in their entirety by the cautionary statements in this paragraph and elsewhere in this document. Other than as required under the securities laws, we do not assume a duty to update these forward-looking statements, whether as a result of new information, subsequent events or circumstances, changes in expectations or otherwise.

i

Table of Contents

**CUBIC ENERGY, INC.**

**TABLE OF CONTENTS**

|  | Page |
|---|---|
| **PART I — FINANCIAL INFORMATION** | |
| Item 1. Financial Statements | |
| Condensed Consolidated Balance Sheets As of March 31, 2015 (unaudited) and June 30, 2014 | 1 |
| Condensed Consolidated Statements of Operations (unaudited) For the three and nine months ended March 31, 2015 and 2014 | 2 |
| Condensed Consolidated Statements of Cash Flows (unaudited) For the nine months ended March 31, 2015 and 2014 | 3 |
| Notes to Condensed Consolidated Financial Statements (unaudited) | 4 |
| Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations | 22 |
| Item 3. Quantitative and Qualitative Disclosures About Market Risk | 30 |
| Item 4. Controls and Procedures | 30 |
| **PART II — OTHER INFORMATION** | |
| Item 1. Legal Proceedings | 31 |
| Item 1A. Risk Factors | 32 |
| Item 2. Unregistered Sales of Equity Securities and Use of Proceeds | 32 |
| Item 3. Defaults Upon Senior Securities | 32 |
| Item 4. Mine Safety Disclosures | 32 |
| Item 5. Other Information | 32 |
| Item 6. Exhibits | 33 |
| Signatures | 34 |

Table of Contents

PART I - FINANCIAL INFORMATION

**Item 1. Financial Statements**

CUBIC ENERGY, INC.

CONDENSED CONSOLIDATED BALANCE SHEETS

|  | March 31, 2015 (unaudited) | June 30, 2014 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 4,813,440 | $ 6,857,970 |
| Accounts receivable - trade | 807,621 | 2,026,210 |
| Other prepaid expenses | 464,954 | 1,514,302 |
| Total current assets | 6,086,015 | 10,398,482 |
| Property and equipment: | | |
| Oil and gas properties, full cost method: | | |
| Proved properties (including wells and related equipment and facilities) | 131,784,309 | 126,041,447 |
| Unproven properties | 9,874,755 | 8,227,109 |
| Office and other equipment | 82,511 | 78,733 |
| Property and equipment, at cost | 141,741,575 | 134,347,289 |
| Less accumulated depreciation, depletion and amortization | 31,903,234 | 26,914,972 |
| Property and equipment, net | 109,838,341 | 107,432,317 |
| Other assets: | | |
| Cash restricted under loan agreement | — | 5,000,000 |
| Deferred loan costs, net | 1,429,490 | 2,140,343 |
| Prepaid drilling costs | 3,386,636 | — |
| Total other assets | 4,816,126 | 7,140,343 |
| Total Assets | $ 120,740,482 | $124,971,142 |
| **Liabilities and stockholders' equity (deficit)** | | |
| Current liabilities: | | |
| Note payable - WFEC - revolver | 29,880,936 | 24,880,936 |
| Note payable, net of discounts - Senior Notes | 51,640,291 | 43,090,338 |
| Fair value of derivatives | 818,212 | 8,065,417 |
| Due to affiliates | 455,534 | 232,021 |
| Accounts payable and accrued expenses | 17,022,352 | 7,127,572 |
| Total current liabilities | 99,817,325 | 83,396,284 |
| Asset Retirement Obligation | 1,863,431 | 1,916,276 |
| Warrants liability | 3,773,416 | 16,290,341 |
| Fair value of derivatives | 9,188,955 | 25,052,008 |
| Total Liabilities | 114,643,127 | 126,654,909 |
| | | |
| Commitments and contingencies (Note M) | | |
| Redeemable Preferred stock - Series C, authorized 98,751.823 shares; $0.01 stated value, voting, redeemable at $0.01; 98,751.823 shares issued and outstanding at March 31, 2015 and at June 30, 2014 | 988 | 988 |

Stockholders' equity (deficit):

| | | |
|---|---:|---:|
| Preferred stock - $.01 par value; authorized 10,000,000 shares | | |
| Preferred stock - 9.5% Series B, authorized 35,000 shares $1,000 stated value, voting, convertible at $0.50 per common share; with 18,168.815 outstanding at March 31, 2015 and 16,928.047 at June 30, 2014 | 3,343,062 | 3,114,761 |
| Additional paid-in capital - Preferred Stock - Series B (see Note D) | 13,436,540 | 12,424,073 |
| | | |
| Common stock - $.05 par value; authorized 400,000,000 shares; issued and outstanding 77,505,908 shares at March 31, 2015 and at June 30, 2014 | 3,875,297 | 3,875,297 |
| Additional paid-in capital - Common Stock | 56,954,045 | 56,954,045 |
| Accumulated deficit | (71,512,577) | (78,052,931) |
| Total stockholders' equity (deficit) | 6,096,367 | (1,684,755) |
| | $120,740,482 | $124,971,142 |

*The accompanying notes are an integral part of these statements.*

1

Table of Contents

**CUBIC ENERGY, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(Unaudited)**

| | Three months ended March 31, | | Nine months ended March 31, | |
|---|---:|---:|---:|---:|
| | 2015 | 2014 | 2015 | 2014 |
| **Revenues:** | | | | |
| Oil and gas sales | $ 3,031,948 | $ 5,219,837 | $ 10,752,951 | $ 10,841,391 |
| Total revenues | $ 3,031,948 | $ 5,219,837 | $ 10,752,951 | $ 10,841,391 |
| | | | | |
| **Costs and expenses:** | | | | |
| Oil and gas production and operating costs | 1,570,977 | 3,105,635 | 6,606,815 | 6,409,143 |
| Accretion of asset retirement obligations | 19,527 | 113,318 | 182,864 | 226,635 |
| General and administrative expenses | 1,524,437 | 1,444,340 | 4,273,927 | 4,735,950 |
| Depreciation, depletion and amortization | 920,764 | 2,685,149 | 4,988,262 | 5,726,591 |
| Total operating costs and expenses | 4,035,705 | 7,348,442 | 16,051,868 | 17,098,319 |
| Operating loss | (1,003,757) | (2,128,605) | (5,298,917) | (6,256,928) |
| | | | | |
| **Non-operating income (expense):** | | | | |
| Other income | 1,176 | 3,933 | 4,740 | 9,427 |
| Interest expense | (7,240,047) | (5,695,528) | (21,424,926) | (12,580,873) |
| Gain (Loss) on derivative contracts | 7,159,302 | (5,601,123) | 22,718,812 | (12,221,932) |
| Amortization of loan costs | (233,492) | (233,492) | (710,853) | (464,390) |
| Gain on acquisition of assets at fair market value | — | — | — | 22,578,000 |
| Change in fair value of warrants liabilty | (1,465,655) | 5,547,121 | 12,516,925 | 12,017,693 |
| Total non-operating income (loss) | (1,778,716) | (5,979,089) | 13,104,698 | 9,337,925 |
| Income (loss) before income taxes | (2,782,473) | (8,107,694) | 7,805,781 | 3,080,997 |
| Provision for income taxes | — | — | — | — |
| Net income (loss) | $ (2,782,473) | $ (8,107,694) | $ 7,805,781 | $ 3,080,997 |

| | | | |
|---|---|---|---|
| Dividends on preferred shares | (425,599) | (387,458) | (1,265,427) | (1,009,047) |
| Net income (loss) attributable to common stockholders | $ (3,208,072) | $ (8,495,152) | $ 6,540,354 | $ 2,071,950 |
| | | | | |
| Net income (loss) per common share | | | | |
| Basic | $ (0.04) | $ (0.11) | $ 0.08 | $ 0.03 |
| Diluted | $ (0.04) | $ (0.11) | $ 0.07 | $ 0.02 |
| | | | | |
| Weighted average common shares outstanding | | | | |
| Basic | 77,505,908 | 77,500,392 | 77,505,908 | 77,479,184 |
| Diluted | 77,505,908 | 77,500,392 | 91,826,169 | 93,756,501 |

*The accompanying notes are an integral part of these statements.*

2

Table of Contents

## CUBIC ENERGY, INC.

### CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
**(Unaudited)**

| | Nine months ended March 31, | |
|---|---|---|
| | 2015 | 2014 |
| **Cash flows from operating activities:** | | |
| Net income | $ 7,805,781 | $ 3,080,997 |
| Adjustments to reconcile net income to cash used by operating activities: | | |
| Depreciation, depletion and amortization | 4,988,262 | 5,726,591 |
| Gain on acquisition of assets at fair market value | — | (22,578,000) |
| Settlement of ARO liability | (235,709) | — |
| Accretion of ARO | 182,864 | 226,635 |
| Amortization of loan costs | 710,853 | 464,390 |
| Amortization of debt discount | 8,549,953 | 5,585,553 |
| Gain on derivative contracts | (22,718,812) | 12,221,932 |
| Settlement of derivative swaps | (459,358) | (19,935) |
| Change in fair value of warrants liability | (12,516,925) | (12,017,693) |
| Paid-in-kind interest expense | — | 2,834,798 |
| Stock issued for compensation | — | 50,750 |
| Change in assets and liabilities: | | |
| (Increase) decrease in: | | |
| Accounts receivable - trade | 1,218,589 | (2,087,456) |
| Other prepaid expenses | 1,049,348 | (358,060) |
| Increase in accounts payable and accrued liabilities | 9,870,121 | 2,375,609 |
| Increase in due to affiliates | 223,513 | 598,931 |
| Net cash used in operating activities | $ (1,331,520) | $ (3,894,958) |
| **Cash flows used from investing activities:** | | |
| Acquisition and development of oil and gas properties | (7,394,286) | (8,049,680) |
| Prepaid drilling costs | (3,386,636) | (1,171,106) |
| Net cash paid for acquisitions of properties | — | (64,278,148) |

| | | |
|---|---:|---:|
| Net cash used in investing activities | $(10,780,922) | $(73,498,934) |
| **Cash flows from financing activities:** | | |
| Proceeds from long-term debt | — | 31,831,392 |
| Proceeds from issuance of warrants | — | 33,411,033 |
| Proceeds from derivative contracts | — | 35,091,536 |
| Settlement received (paid) on derivative swaps | 67,912 | (3,018,170) |
| Proceeds from revolver | 5,000,000 | 4,015,826 |
| Increase in restricted cash | 5,000,000 | (5,000,000) |
| Repayment of advances from affiliates | — | (2,000,000) |
| Payment of long-term debt | — | (5,000,000) |
| Loan costs incurred and other | — | (2,840,820) |
| Net cash provided by financing activities | $ 10,067,912 | $ 86,490,797 |
| **Net increase (decrease) in cash and cash equivalents** | $ (2,044,530) | $ 9,096,905 |
| **Cash and cash equivalents:** | | |
| Beginning of period | 6,857,970 | 260,576 |
| End of period | $ 4,813,440 | $ 9,357,481 |
| Other information: | | |
| Cash interest paid on debt | $ 1,040,130 | $ 6,386,785 |
| Non-cash investing and financing activities: | | |
| Issuance of preferred stock in connection with acquisition of properties | — | 368,000 |
| Note payable and accrued interest due to affiliate converted to preferred stock | — | 2,114,986 |
| Preferred stock dividends accrued | 425,599 | 1,009,047 |
| Conversion of accrued dividend to preferred stock | 1,240,768 | 305,160 |
| Non-cash additions to oil and gas properties through ARO | — | 1,576,323 |

*The accompanying notes are an integral part of these statements.*

3

Table of Contents

**CUBIC ENERGY, INC.**

**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**AS OF DECEMBER 31, 2014**
**(Unaudited)**

**Note A — Organization:**

The Company is an independent energy company engaged in the development and production of, and exploration for, crude oil, natural gas and natural gas liquids. Our oil and gas assets are concentrated in Texas and Louisiana.

Cubic Energy, Inc. is the parent company of two wholly owned direct subsidiaries, Cubic Asset Holding LLC, a Delaware limited liability company, and Cubic Louisiana Holding LLC, a Delaware limited liability company, and two wholly owned indirect subsidiaries, Cubic Asset LLC, a Delaware limited liability company and a direct subsidiary of Cubic Asset Holding LLC, and Cubic Louisiana LLC, a Delaware limited liability company and a direct subsidiary of Cubic Louisiana Holding LLC. Unless the context otherwise requires, reference to the Company herein refer to the Company and its subsidiaries, on a consolidated basis.

*Going Concern Considerations*

The accompanying condensed consolidated financial statements have been prepared assuming the Company will continue as a going concern, which contemplates, among other things, the realization of assets and satisfaction of liabilities in the ordinary course of business.

As of March 31, 2015, the Company had an accumulated deficit of $71,512,577 and recurring losses from operations. The Company also had a working capital deficit of approximately $93,731,310. As part of the working capital deficit, the Company has classified the Notes (as defined below) and credit facility with Wells Fargo Energy Capital, Inc. ("WFEC") as current liabilities, due to non-compliance with their respective debt covenants.

On July 14, 2014, the Company entered into an Amendment, Forbearance and Waiver Agreement (the "Amendment") with the holders of the Senior Notes due October 2016 ("Notes") and certain other parties thereto. The Amendment includes additional covenants including, among others, that by October 17, 2014, the Company was required to enter into a definitive agreement with respect to a Strategic Transaction, as defined in the Amendment, that is reasonably expected to be consummated by December 31, 2014 and which would result in the payment in full, in cash, of all amounts owing to the holders of the Notes, or a joint venture, strategic alliance or other transaction satisfactory to the holders of the Notes. We continue to explore alternatives with respect to a Strategic Transaction, although we have not yet identified or consummated a Strategic Transaction. We are also not in compliance with certain other covenants in the Note Purchase Agreement, as well as certain covenants in the credit facility with WFEC. We are in discussions with the holders of the Notes and WFEC with respect to available alternatives. Unless we cure these defaults, or we obtain an extension of time, the holders of the Notes and/or WFEC could accelerate the indebtedness represented by the Notes and/or WFEC loans and exercise all other remedies available to them, including foreclosing on our assets. There can be no assurance that we will be successful in curing these defaults.

4

Table of Contents

**CUBIC ENERGY, INC.**

**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**AS OF MARCH 31, 2015**
**(Unaudited)**

**Note B — Acquisition of Properties**

In October 2013, we acquired proven reserves, oil & natural gas production and undeveloped leasehold interests in Leon and Robertson Counties, Texas, that puts us in the additional reservoir rich environments in the Eagle Ford, Woodbine, Austin Chalk, Buda, Glen Rose and Georgetown formations, with additional shallow formations to exploit as well. We also acquired additional rights in our leasehold interests in DeSoto and Caddo Parishes, Louisiana. The acquisitions are summarized as follows:

· The Company consummated the transactions contemplated by a Purchase and Sale Agreement dated as of April 19, 2013 (the "Gastar Agreement") with Gastar Exploration Texas, LP and Gastar Exploration USA, Inc. Pursuant to the Gastar Agreement, the Company acquired proven reserves, oil & natural gas production and undeveloped leasehold interests in Leon and Robertson Counties, Texas. The acquisition price paid by the Company at closing was $39,188,300, following various adjustments set forth in the Gastar Agreement, and net of the various deposits paid prior to the closing date. For purposes of allocating revenues and expenses and capital costs between Gastar and us, such amounts were netted effective January 1, 2013 and were recorded as an adjustment to the purchase price.

· The Company also consummated the transactions contemplated by a Purchase and Sale Agreement dated as of September 27, 2013 (the "Navasota Agreement") with Navasota. Pursuant to the Navasota Agreement, the Company acquired proven reserves, oil & natural gas production and undeveloped leasehold interests in Leon and Robertson Counties, Texas. The leasehold interests acquired consists of additional fractional interests in the properties acquired pursuant to the Gastar Agreement. The acquisition price paid by the Company was $19,400,000, prior to certain post-closing adjustments.

· In addition, the Company entered into and consummated the transactions contemplated by a Purchase and Sale Agreement with Tauren dated as of October 2, 2013 (the "Tauren Agreement") with Tauren Exploration, Inc. ("Tauren"), an entity controlled by Calvin A. Wallen, III, our Chairman of the Board, President, Chief Executive Officer and significant shareholder ("Mr. Wallen"). Pursuant to the Tauren Agreement, the Company acquired well bores, proven reserves, oil & natural gas production and undeveloped leasehold interests in the Cotton Valley formation in DeSoto and Caddo Parishes, Louisiana. The acquired properties include leasehold interests. The acquisition price paid by the

Company was $4,000,000 in cash and 2,000 shares of the Company's Series B Convertible Preferred Stock with an aggregate stated value of $2,000,000 and a fair value of $368,000. The Tauren Agreement was unanimously approved by the Company's board of directors, excluding Mr. Wallen.

The following table shows the purchase price allocation for these transactions:

| Purchase Price Allocation - ($000's) | Total | Gastar Acquired Properties | Navasota Acquired Properties | Tauren Acquired Properties |
|---|---|---|---|---|
| Assets acquired: | | | | |
| Unproved oil and natural gas properties | $   7,101 | $   6,029 | $   1,072 | $   — |
| Proved developed and undeveloped oil and natural gas properties | 89,373 | 42,446 | 19,981 | 26,946 |
| Liabilities assumed: | | | | |
| Asset retirement obligations | 1,500 | 1,005 | 495 | — |
| Net assets acquired | $  94,974 | $  47,470 | $  20,558 | $  26,946 |

5

Table of Contents

**CUBIC ENERGY, INC.**

**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**AS OF MARCH 31, 2015**
**(Unaudited)**

The Gastar and Navasota East Texas assets consisted of working interests in the same properties. The Tauren assets consisted of additional working interest in properties already owned by Cubic. The following table shows the revenue and operating income (loss) attributable to these properties for the three and nine months ended March 31, 2015:

| | (Unaudited) Three months ended March 31, 2015 | | (Unaudited) Three months ended March 31, 2014 | |
|---|---|---|---|---|
| | Revenue | Operating Income (loss) | Revenue | Operating Income (loss) |
| East Texas assets | $   2,396,374 | $   1,365,676 | $   3,307,223 | $   571,472 |
| Tauren assets | $   48,805 | $   (99,158) | $   74,650 | $   (5,165) |

| | (Unaudited) Nine months ended March 31, 2015 | | (Unaudited) Nine months ended March 31, 2014 | |
|---|---|---|---|---|
| | Revenue | Operating Income (loss) | Revenue | Operating Income (loss) |
| East Texas assets | $   7,731,659 | $   2,872,582 | $   7,286,467 | $   2,082,925 |
| Tauren assets | $   2,256,227 | $   (144,044) | $   164,023 | $   (60,356) |

The necessary inputs (proven property and transportation infrastructure), processes (exploration and production activities) and outputs (production revenues) existed at the purchase date of the properties acquired from Tauren, which permitted the Company to conclude that the properties acquired from Tauren constituted a "business" under ASC 805.

The Company's assessment of the fair value of the properties acquired from Tauren, along with consideration of a reserve report and a business valuation prepared by third parties, resulted in a valuation of the properties acquired from Tauren of $26,946,000. The Company utilized relevant market assumptions to determine fair value, such as future commodity prices, projections of estimated natural gas and oil reserves, expectations for future development and operating costs, projections of future rates of production, expected recovery rates and market multiples for similar transactions. As a result of the application of the acquisition method under ASC 805, the Company recognized a bargain purchase gain pursuant to paragraph 805-30-25-2 in an amount equal to the

excess of the fair value of the acquired properties over the fair value of the aggregate consideration paid.

6

Table of Contents

## CUBIC ENERGY, INC.

### NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
### AS OF MARCH 31, 2015
### (Unaudited)

### Note C — Summary of Significant Account Policies:

### Basis of presentation

The accounting policies followed by the Company are set forth in the Company's notes to the condensed consolidated financial statements that are a part of its Annual Report on Form 10-K for the fiscal year ended June 30, 2014 and should be read in conjunction with the financial statements contained herein.

The financial information included herein as of March 31, 2015, and for the three and nine months periods ended March 31, 2015, and 2014, have been presented without an audit, pursuant to accounting principles for interim financial information generally accepted in the United States of America, and the rules of the Securities and Exchange Commission.

The Company believes that the disclosures are adequate to make the information presented not misleading. The information presented reflects all adjustments (consisting solely of normal recurring adjustments), which are, in the opinion of management, necessary for a fair statement of results for the periods.

*Restatement Correction of Error*

As noted, the financial information included in the Company's Forms 10-Q for the periods ended September 30, 2013, December 31, 2013 and March 31, 2014 has been restated to reflect the change in fair value of warrants liability. The Company's outstanding warrants include certain anti-dilution provisions, which provide exercise price adjustments in the event that any common stock equivalents are issued at an effective price per share that is less than the exercise price of the warrants. The fair value of the warrants liability was not recorded for the year ended June 30, 2013 or previous years. Upon exercise of a warrant, the fair value of the warrant at that time will be reclassified to equity from a liability.

The Company recorded a liability related to the fair value of the warrants issued in connection with the issuance and sale of the Notes on October 2, 2013 in an amount equal to the value assigned to the Class A Warrants of $23,700,437 and the value assigned to the Class B Warrants of $9,710,596, or an aggregate of $33,411,033, upon issuance. The subsequent decrease in the warrants' fair value during the nine months ended March 31, 2014, has been reflected as a decrease in the warrants liability and a charge to net income of $13,357,742.

Additionally, the financial information for the nine months ended March 31, 2014 has been restated to reflect the change in fair value of warrants liability for the previously issued warrants exercisable into 8,500,000 shares of common stock that are held by WFEC, since their re-pricing in December 2012. The Company re-priced and extended these warrants in connection with the amendment of its Credit Agreement with WFEC in December 2012. The warrants were modified to provide for an exercise price of $0.20 per share with the exercise term extended to December 31, 2017. The fair value of the warrants liability was not recorded for the year ended June 30, 2013 or previous years. The Company, however, recorded the liability related to the fair value of these warrants as of July 1, 2013 ($1,805,898) as an out-of-period charge to net income and corresponding liability on July 1, 2013. The subsequent increase in the warrants' fair value during the nine months ended March 31, 2014, has been reflected as a net decrease in the warrants liability and a charge to net income of $465,849.

7

Table of Contents

**CUBIC ENERGY, INC.**

**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**AS OF MARCH 31, 2015**
**(Unaudited)**

## Earnings per share

The Company has adopted the provisions of ASC No. 260, Earnings per Share. ASC No. 260 requires the presentation of basic earnings (loss) per share ("EPS") and diluted EPS. Basic EPS is calculated by dividing net income or loss, less preferred dividends (income or loss attributable to common stockholders), by the weighted average number of common shares outstanding for the period. Diluted EPS is calculated by dividing net income or loss, less preferred dividends (income or loss attributable to common stockholders), by the weighted average number of common shares outstanding plus any dilutive securities (i.e., convertible preferred stock, stock warrants or other convertible debt) during the period, unless the effect of such potentially dilutive securities would be antidilutive.

See the table below for a reconciliation of basic and diluted earnings per share for the three and nine month periods ended March 31, 2015 and the same periods in 2014.

| | (Unaudited) Three months ended March 31 | | (Unaudited) Nine months ended March 31 | |
|---|---|---|---|---|
| | 2015 | 2014 | 2015 | 2014 |
| Net income attributable to common stockholders - basic | $(3,208,072) | $(8,495,152) | $6,540,354 | $2,071,950 |
| Net income attributable to common stockholders - diluted | $(3,208,072) | $(8,495,152) | $6,540,354 | $2,071,950 |
| Weighted average number of shares of common stock - basic | 77,505,908 | 77,500,392 | 77,505,908 | 77,479,184 |
| Weighted average number of shares of common stock - diluted | 77,505,908 | 77,500,392 | 91,826,169 | 93,756,501 |
| Income per common share - basic | $ (0.04) | $ (0.11) | $ 0.08 | $ 0.03 |
| Income per common share - diluted | $ (0.04) | $ (0.11) | $ 0.07 | $ 0.02 |

## Note D — Stockholders' Equity:

## Stock issuances

## Preferred Stock

The Company's board has the power, without further vote of shareholders, to authorize the issuance of up to 10,000,000 shares of preferred stock and to fix and determine the terms, limitations and relative rights and preferences of any shares of the preferred stock.  This power includes the authority to establish voting, dividend, redemption, conversion, liquidation and other rights of any such shares.  The preferred stock may be divided into such number of series as the board determines.

*Series A Convertible Preferred Stock* — The Series A Convertible Preferred Stock had a stated value of $100 per share, was entitled to dividends in the amount of 8% per annum, was convertible into the Common Stock at $1.20 per share of Common Stock and was redeemable by the Company at $120 per share. The Series A convertible preferred stock was canceled in February 2014, after it was exchanged for Series B Convertible Preferred Stock.

8

Table of Contents

**CUBIC ENERGY, INC.**

**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**AS OF MARCH 31, 2015**
**(Unaudited)**

*Series B Convertible Preferred Stock* — The Series B Convertible Preferred Stock has a stated value of $1,000 per share, is entitled to cumulative dividends in the amount of 9.5% per annum and is convertible into our Common Stock at $0.50 per share of Common Stock.  The holders of the Series B Convertible Preferred Stock are entitled to vote (on an as-converted basis), together with holders of Common Stock, as a single class with respect to all matters presented to holders of Common Stock. During the three months ended March 31, 2015, there were 425.599 shares issued as dividends creating a total of 18,168.815 shares of Series B Convertible Preferred Stock outstanding.

*Series C Redeemable Voting Preferred Stock* — The Series C Redeemable Voting Preferred Stock has a stated value of $0.01 per share.  The holders of Series C Redeemable Voting Preferred Stock are entitled to vote, together with the holders of our Common Stock, as a single class with respect to all matters presented to holders of Common Stock.  The holders of Series C Redeemable Voting Preferred Stock are entitled, in the aggregate, to a number of votes equal to the number of shares of Common Stock that would be issuable upon the exercise of all of the outstanding Class A Warrants and Class B Warrants (as defined below) on a Full Physical Settlement basis (as defined in the Warrant and Preferred Stock Agreement).  The holders of Series C Redeemable Voting Preferred Stock are not entitled to receive any dividends.  The Series C Redeemable Voting Preferred Stock may be redeemed at the option of the holders thereof at any time at the stated value per share. There were 98,751.823 shares of Series C preferred stock issued and outstanding at March 31, 2015.

### Conversion of Wallen Note and Series A Convertible Preferred Stock into Series B Convertible Preferred Stock

The Company entered into and consummated the transactions contemplated by a Conversion and Preferred Stock Purchase Agreement dated as of October 2, 2013 (the "Conversion Agreement") with Calvin A. Wallen III, the Company's Chairman, President and Chief Executive Officer, and Langtry Mineral & Development, LLC, an entity controlled by Mr. Wallen ("Langtry"). Pursuant to the terms of the Conversion Agreement, (a) Langtry was issued 12,047 shares of Series B Convertible Preferred Stock, with an aggregate stated value of $12,047,000, in exchange for the cancellation of all of the issued and outstanding shares of Series A Convertible Preferred Stock held by Langtry and (b) Mr. Wallen was issued 2,115 shares of Series B Convertible Preferred Stock, with an aggregate stated value of $2,115,000, in exchange for the cancellation of a promissory note payable to Mr. Wallen in the principal amount of $2,000,000, plus $114,986 of accrued and unpaid interest. In these exchanges, the carrying amounts of the Series A Convertible Preferred Stock held by Langtry and the promissory note payable to Mr. Wallen exceeded the fair value of the Series B Convertible Preferred Stock the Company issued by $9,830,152 and $1,725,826, respectively. Due to the related party nature of the exchanges, the excess amounts were recorded as contributions to equity.

### Issuance of Warrants and Series C Redeemable Voting Preferred Stock

Pursuant to the terms of a Warrant and Preferred Stock Agreement, dated as of October 2, 2013, and in connection with the issuance and sale of the Notes under the Note Purchase Agreement (see Note F), the Company issued certain warrants that expire on October 2, 2019.  The Company issued warrants exercisable for (a) an aggregate of 65,834,549 shares of Common Stock, at an exercise price of $0.01 per share (the "Class A Warrants"), and (b) an aggregate of 32,917,274 shares of Common Stock, at an exercise price of $0.50 per share (the "Class B Warrants", and together with the Class A Warrants, the "Warrants"). The estimated fair value of the Class A and Class B Warrants was determined to be $23,700,437 and $9,710,596, respectively. The initial value was recorded as a discount to the debt that will be amortized over the three year term of the Notes (see Note F).  The exercise prices of the warrants are subject to adjustment for any future issuance of common stock, rights or options to acquire common stock or securities convertible into or exchangeable for common stock or amendment to or change in the exercise price that results in a lower exercise price than the then current exercise prices of the Warrants.

9

CUBIC ENERGY, INC.

NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
AS OF MARCH 31, 2015
(Unaudited)

The Company also issued an aggregate of 98,751.823 shares of Series C Redeemable Voting Preferred Stock to certain purchasers of the Notes and their affiliates (the "Investors"). The holders of the Series C Redeemable Voting Preferred Stock are entitled to vote, together with holders of Common Stock, as a single class with respect to all matters presented to holders of Common Stock of the Company.  The holders of Series C Redeemable Voting Preferred Stock are entitled, in the aggregate, to a number of votes equal to the number of shares of Common Stock that would be issuable upon the exercise of all outstanding Warrants on a Full Physical Settlement basis (as defined in the Warrant and Preferred Stock Agreement).  The holders of Series C Redeemable Voting Preferred Stock are not entitled to receive any dividends from the Company.  Shares of the Series C Redeemable Voting Preferred Stock have a par value of $0.01 per share and may be redeemed at par value, at the option of the holders thereof at any time, and if not redeemed expire in October 2019.

The Series C Redeemable Voting Preferred Stock has an aggregate stated value of approximately $988.

**Note E — Oil and Gas Properties:**

The capitalized costs included in the full cost pool are subject to a "ceiling test", which limits such costs to the aggregate of the estimated present value, using a ten percent discount rate, of the future net revenues from proved reserves, based on current economic and operating conditions plus the lower of cost and estimated net realizable value of unproven properties.

The Company recorded no impairment loss on oil and gas properties for the three or nine months ended March 31, 2015 or 2014.

**Note F — Notes Payable**

**Senior Secured Notes Financing**

The Company entered into a Note Purchase Agreement dated October 2, 2013, pursuant to which the Company issued an aggregate of $66,000,000 of notes due October 2, 2016 (the "Notes") to certain Investors.  The Notes originally bore interest at the rate of 15.5% per annum, in cash, payable quarterly; provided, however, that interest for the first six months following the closing was paid 7.0% per annum in cash and 8.5% per annum in additional Notes. The Notes were subject to certain financial and non-financial covenants, which the Company was in violation of as of June 30, 2014.  On July 14, 2014, the Company entered into an Amendment, Forbearance and Waiver Agreement (the "Amendment") with the holders of the Notes and certain other parties thereto.  As a result of an amendment to the Note Purchase Agreement, interest on the Notes after March 31, 2014 accrues at the rate of 20.5%, which interest shall accrue, but is not payable in cash. The additional paid-in-kind notes totaling $2,834,798 were issued for the period of October 2, 2013 through March 31, 2014 and subsequent to this date the accrued interest totals approximately $15,461,355 and is included under accounts payable and accrued expenses as of March 31, 2015. The Amendment includes additional covenants including, among others, that by October 17, 2014, the Company was required to enter into a definitive

10

Table of Contents

**CUBIC ENERGY, INC.**

**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
AS OF MARCH 31, 2015
(Unaudited)**

agreement with respect to a Strategic Transaction, as defined in the Amendment that is reasonably expected to be consummated by December 31, 2014 and which would result in the payment in full, in cash, of all amounts owing to the holders of the Notes, or a joint venture, strategic alliance or other transaction satisfactory to the holders of the Notes.  We continue to explore alternatives with respect to a Strategic Transaction, although we have not yet identified or consummated a Strategic Transaction.  We are also not in compliance with certain other covenants in the Note Purchase Agreement. We are in discussions with the holders of the Notes with respect to available alternatives.  Unless we cure these defaults, or we obtain an extension of time, the holders of the Notes could accelerate the indebtedness represented by the Notes and exercise all other remedies available to them, including foreclosing on our assets. There can be no assurance that we will be successful in curing these defaults.

The indebtedness under the Note Purchase Agreement is secured by substantially all of the assets of the Company, including a first priority lien over all of the assets of the Company, Cubic Asset and Cubic Asset Holding and a second priority lien over all of the assets of Cubic Louisiana and Cubic Louisiana Holding.

The Company allocated the proceeds from the issuance of the Notes to the Warrants and the Notes, based on the warrants' fair market values at the date of issuance. The value assigned to the Class A Warrants was $23,700,437 and the value assigned to the Class B Warrants was $9,710,596, both of which were recorded as liabilities. The assignment of a fair value to the Warrants resulted in a loan discount being recorded. The discount will be amortized over the original three-year term of the Notes as additional interest expense. Amortization for the three and nine months ended March 31, 2015 was $2,746,112 and $8,360,386, respectively.

Cubic incurred loan costs of $2,840,819 on the issuance of the Notes and Warrants. The entire amount was determined to be allocable to the debt, and has been capitalized and is being amortized over the original term of the Notes. Amortization for the three and nine months ended March 31, 2015 was $233,492 and $710,853, respectively.

## Wells Fargo debt

On March 5, 2007, Cubic entered into a credit agreement with WFEC providing for a revolving credit facility of $20,000,000 (the "Revolving Note") and a convertible term loan of $5,000,000 (the "Term Loan"; and together with the Revolving Note, the "Credit Facility"). Subsequently, the Revolving Note was increased at $40 million. The indebtedness bore interest at a fluctuating rate equal to the sum of the Wells Fargo Bank prime rate plus two percent (2%) per annum, was originally scheduled to mature on March 1, 2010, subsequently extended to October 2, 2013, and was secured by substantially all of the assets of the Company.

Contemporaneously with entering into the Note Purchase Agreement, the Company repaid the $5 million Term Loan payable to WFEC, and Cubic Louisiana assumed the remaining unpaid debt to WFEC, which amount was $20,865,110 as of that date. That debt is reflected in a term loan bearing interest at the Wells Fargo Bank prime rate, plus 2%, per annum, due October 2, 2016. In the event that Cubic Louisiana does not have available cash to pay interest on the Credit Facility, accrued and unpaid interest will be paid in kind via an additional promissory note. As part of the new credit agreement, WFEC is providing a revolving credit facility in the amount of up to $10,000,000, bearing interest at the same rate, with all advances under that revolving credit facility to be made in the sole discretion of WFEC. The use of additional monies borrowed from WFEC under the revolving credit facility is restricted solely to paying for drilling and completion costs for well interests collateralized by a

11

Table of Contents

### CUBIC ENERGY, INC.

### NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
### AS OF MARCH 31, 2015
### (Unaudited)

WFEC first lien. The Company is not in compliance with all of the WFEC loan covenants, as of March 31, 2015. We are in discussions with WFEC with respect to available alternatives. Unless we cure these defaults, WFEC could accelerate the indebtedness owed to it and exercise all other remedies available to it, including foreclosing on our assets. There can be no assurance that we will be successful in curing these defaults.

During the nine months ended March 31, 2015, the Company borrowed an additional $5,000,000, making the total $9,015,826 under the revolving credit facility, for 4 new natural gas wells to be drilled and completed by EXCO Resources, Inc., leaving $984,174 available for future borrowing. Interest expense for the quarters ended March 31, 2015 and 2014 was $322,089 and $288,010, respectively, and for the nine months ended March 31, 2015 and 2014 it was $980,582 and $907,104, respectively.

### December 2009 subordinated debt issue and refinancing

On December 18, 2009, the Company issued a subordinated promissory note (the "Wallen Note") payable to Mr. Wallen, the Company's Chairman of the Board and Chief Executive Officer, in the principal amount of $2,000,000 which was subordinated to all WFEC indebtedness. The Wallen Note bore interest at the prime rate plus one percent (1%), and originally provided for interest payable monthly. The proceeds of the Wallen Note were used to

repay other indebtedness to the Company. The Wallen Note was extinguished through the issuance of shares of Series B preferred stock on October 2, 2013.

In addition, an entity controlled by Mr. Wallen advanced the Company $2,000,000, as of June 30, 2013 to provide short-term working capital and an additional $2,500,000 during the quarter ended September 30, 2013 to fund additional deposits and fees paid for extensions needed to consummate the acquisitions that were completed on October 2, 2013. The Company's interest expense associated with these advances of $896,667, is included in interest expense for fiscal 2014. These advances and accrued interest were re-paid on October 2, 2013.

### Conversion of Wallen Note and Series A Convertible Preferred Stock into Series B Convertible Preferred Stock

The Company entered into and consummated the transactions contemplated by a Conversion and Preferred Stock Purchase Agreement dated as of October 2, 2013 with Mr. Wallen and Langtry (the "Conversion Agreement"). Pursuant to the terms of the Conversion Agreement, (a) Langtry was issued 12,047 shares of Series B Convertible Preferred Stock, with an aggregate stated value of $12,047,000, in exchange for the cancellation of all of the issued and outstanding shares of Series A Convertible Preferred Stock held by Langtry and (b) Mr. Wallen was issued 2,115 shares of Series B Convertible Preferred Stock, with an aggregate stated value of $2,115,000, in exchange for the cancellation of the Wallen Note and accrued interest.

### Note G — Fair Value Measurements

We value our derivatives and other financial instruments according to FASB ASC Topic 820, Fair Value Measurements and Disclosures, which defines fair value as the exchange price that would be received for an asset or paid to transfer a liability (exit price) in the principal or most advantageous market for the asset or liability in an orderly transaction between market participants on the measurement date.

12

Table of Contents

**CUBIC ENERGY, INC.**

**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
AS OF MARCH 31, 2015
(Unaudited)**

To estimate fair value, the Company utilizes market data or assumptions that market participants would use in pricing the asset or liability, including assumptions about risk and the risks inherent in the inputs to the valuation technique. These inputs can be readily observable, market corroborated or generally unobservable. The guidance establishes a fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted market prices in active markets for identical assets or liabilities ("Level 1") and the lowest priority to unobservable inputs ("Level 3").

The three levels of the fair value hierarchy are as follows:

·     Level 1 inputs are quoted prices (unadjusted) in active markets for identical assets or liabilities.

·     Level 2 inputs are quoted prices for similar assets and liabilities in active markets or inputs that are observable for the asset or liability, either directly or indirectly through market corroboration, for substantially the full term of the financial instrument.

·     Level 3 inputs are measured based on prices or valuation models that require inputs that are both significant to the fair value measurement and less observable from objective sources. These inputs may be used with internally developed methodologies or third party broker quotes that result in management's best estimate of fair value. The Company's valuation models consider various inputs including (a) quoted forward prices for commodities, (b) time value, (c) volatility factors and (d) current market and contractual prices for the underlying instruments. Significant increases or decreases in any of these inputs in isolation would result in a significantly higher or lower fair value measurement.

Level 3 instruments to which the Company is a party are call option contracts and fixed price swaps related to our

natural gas and oil production. At each balance sheet date, the Company performs an analysis of all applicable instruments and includes in Level 3 all of those whose fair value is based on significant unobservable inputs. The fair values derived from counterparties and third-party brokers are verified by the Company using publicly available values for relevant NYMEX futures contracts and exchange traded contracts for each derivative settlement location. Although such counterparty and third-party broker quotes are used to assess the fair value of its commodity derivative instruments, the Company does not have access to the specific assumptions used in its counterparties' valuation models. Consequently, additional disclosures regarding significant Level 3 unobservable inputs were not provided and the Company does not currently have sufficient corroborating market evidence to support classifying these contracts as Level 2 instruments.

As required, financial assets and liabilities are classified in their entirety based on the lowest level of input that is significant to the fair value measurement. The Company's assessment of the significance of a particular input to the fair value measurement requires judgment and may affect the valuation of fair value assets and liabilities and their placement within the fair value hierarchy levels. The determination of the fair values below incorporates various factors, including the impact of the counterparty's non-performance risk with respect to the Company's financial assets and the Company's non-performance risk with respect to the Company's financial liabilities. The Company has not elected to offset the fair value amounts recognized for derivative instruments executed with the same counterparty, but reports them gross on its consolidated balance sheets. Transfers between levels are recognized at the end of the reporting period. There were no transfers between levels during the 2014 and 2015 periods.

13

Table of Contents

**CUBIC ENERGY, INC.**

**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**AS OF MARCH 31, 2015**
**(Unaudited)**

The following tables set forth by level within the fair value hierarchy the Company's financial assets and liabilities that were accounted for at fair value on a recurring basis as of March 31, 2015 and June 30, 2014:

| | | | | | Fair value as of June 30, 2014 |
|---|---|---|---|---|---|
| | | Fair value as of March 31, 2015 | | | |
| | Level 1 | Level 2 | Level 3 | Total | Total |
| Assets: | — | — | — | — | — |
| Liabilities: | | | | | |
| Commodity derivative contracts | — | — | (10,007,167) | (10,007,167) | (33,117,425) |
| Total | $ — | $ — | $(10,007,167) | $(10,007,167) | $(33,117,425) |

The fair value guidance, as amended, establishes that every derivative instrument is to be recorded on the balance sheet as either an asset or liability measured at fair value. (See Note H).

| | Fair value as of: | |
|---|---|---|
| | March 31, 2015 | June 30, 2014 |
| Derivative contracts at period beginning | $ 33,117,425 | $ — |
| Issuance of derivative contracts | — | 35,091,536 |
| (Gain) loss on derivative contracts | (22,718,812) | 3,056,053 |
| Settlements on derivative contracts | (391,446) | (5,030,164) |
| Derivative contracts at period end | $ 10,007,167 | $ 33,117,425 |

The Company estimates the fair value of our oil and natural gas derivative instruments using the income method. The oil and natural gas forward contracts were estimated using counterparties and third party brokers and are verified by the Company using publicly available values for relevant NYMEX and West Texas Intermediate futures contracts.

**Note H — Derivative Instruments and Hedging Activity**

From time to time, we utilize commodity fixed price swaps in which the Company receives a fixed price for the contract and pays a floating market price to the counterparty to attempt to reduce exposure to fluctuations in the price of crude oil and natural gas.

The Company also sells fixed price call options in exchange for a premium. At the time of settlement, if the market price exceeds the fixed price of the call option, the Company pays the counterparty such excess on sold fixed price call options. If the market price settles below the fixed price of the call option, no payment is due from either party. This arrangement does not hedge the Company's risk associated with product price decreases.

14

---

Table of Contents

CUBIC ENERGY, INC.

NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
AS OF MARCH 31, 2015
(Unaudited)

On October 2, 2013, the Company, through its subsidiary Cubic Asset, entered into a Call Option Structured Derivative arrangement with a third party that resulted in the receipt of an upfront payment at closing of approximately $35,000,000, through the sale of calls, such upfront payment approximated fair value of the calls sold at inception. As a result, the Call Option Structured Derivative arrangement was initially recognized and measured at the amount of its upfront payment.  Under the terms of the Call Option Structured Derivative arrangement, Cubic Asset sold calls to the third party covering (i) approximately 556,000 barrels of oil at a strike price set between $80 per barrel and $90 per barrel, and (ii) approximately 51.3 million MMBtu's of gas at a strike price set between $3.45 per MMBtu and $3.90 per MMBtu. The scheduled volumes subject to the calls sold relate to production months from November 2013 through December 2018. The Company is subject to the price risks associated with product price changes that exceed the specified call prices.

On October 2, 2013, the Company, through its subsidiary Cubic Asset, entered into a Fixed Price Swap arrangement covering approximately 18,000 barrels of oil at a price of $92 per barrel. The scheduled volumes subject to the calls sold relate to production months from November 2013 through October 2016. Cubic Asset receives the fixed price and pays the third party the floating market price during the applicable production month for the amount of production subject to the call. This third party has a junior lien position on the assets of both Cubic Asset and Cubic Louisiana.

All derivative contracts are carried at their fair value on the balance sheet and all unrealized gains and losses as well as realized gains and losses related to contract settlements are presented in the statement of operations as a gain (loss) on derivatives. For the three and nine months ended March 31, 2015, the Company reported a gain of $7,159,302 and $22,718,812, respectively in the condensed consolidated statement of operations related to its commodity derivative instruments. For the three and nine months ended March 31, 2014, the Company reported a net loss of  $5,601,123 and $12,221,932, respectively, in the condensed consolidated statement of operations related to its commodity derivative instruments.

15

---

Table of Contents

CUBIC ENERGY, INC.

NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
AS OF MARCH 31, 2015
(Unaudited)

As of March 31, 2015, the following natural gas derivative transactions were outstanding with the associated notional volumes and weighted average underlying hedge prices:

| Settlement Period | Derivative Instrument | Average Daily Volume | Total of Notional Volume | Strike Price |
|---|---|---|---|---|
| | | In MMBtu | | |
| 2015 | Call Option | 15,000 | 8,022,294 | $ 3.70 |
| 2016 | Call Option | 20,000 | 11,056,752 | $ 3.65 |
| 2017 | Call Option | 25,000 | 11,184,600 | $ 3.55 |
| 2018 | Call Option | 25,000 | 8,252,340 | $ 3.45 |

As of March 31, 2015, the following crude derivative transactions were outstanding with the associated notional volumes and weighted average underlying hedge prices:

| Settlement Period | Derivative Instrument | Average Daily Volume | Total of Notional Volume | Strike Price |
|---|---|---|---|---|
| | | In Bbls | | |
| 2015 | Fixed Price Swap | 11 | 4,149 | $ 92.00 |
| 2016 | Fixed Price Swap | 8 | 2,900 | $ 92.00 |
| | | | | |
| 2015 | Call Option | 234 | 85,464 | $ 80.00 |
| 2016 | Call Option | 361 | 131,796 | $ 80.00 |
| 2017 | Call Option | 328 | 119,868 | $ 80.00 |
| 2018 | Call Option | 218 | 79,452 | $ 80.00 |

*Oil derivatives.* Our oil derivatives are swap and call option contracts for notional Bbls of oil at interval NYMEX oil index prices. The asset and liability values attributable to our oil derivatives as of the end of the reporting period are based on (i) the contracted notional volumes, (ii) independent active NYMEX future quotes for oil index prices, (iii) the applicable estimated credit-adjusted risk free rate curve, and (iv) the implied rate of volatility inherent in the call option contracts. The implied rates of volatility were determined based on average NYMEX oil index prices.

*Natural gas derivatives.* Our natural gas derivatives are option contracts for notional MMcf of natural gas at NYMEX penultimate index prices. The asset and liability values attributable to our natural gas derivatives as of the end of the reporting period are based on (i) the contracted notional volumes and (ii) the applicable credit-adjusted risk-free rate curve and (iii) the implied rate of volatility inherent in the call option contracts. The implied rates of volatility were determined based on average NYMEX penultimate index prices.

16

Table of Contents

CUBIC ENERGY, INC.

NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
AS OF MARCH 31, 2015
(Unaudited)

*Additional Disclosures about Derivative Instruments and Hedging Activities*

The tables below provide information on the location and amounts of derivative fair values in the condensed consolidated balance sheet and derivative gains and losses in the condensed consolidated statement of operations for derivative instruments that are not designated as hedging instruments:

| | Fair Values of Derivative Instruments | |
|---|---|---|
| | Derivative Assets (Liabilities) | |
| | | Fair Value | |
| Balance Sheet Location | March 31, 2015 | June 30, 2014 |
| **Derivatives not designated as hedging instruments** | | |

| Commodity derivative contracts | Assets | $ — | $ — |
|---|---|---|---|
| Commodity derivative contracts | Current Liabilities | (818,212) | (8,065,417) |
| Commodity derivative contracts | Long-term Liabilities | (9,188,955) | (25,052,008) |
| **Total derivatives not designated as hedging instruments** | | $ (10,007,167) | (33,117,425) |

**Amount of Gain (Loss) Recognized in Income on Derivatives**

| Location of Gain (Loss) Recoginized in Income on Derivatives | Three Months ended | | Nine Months ended | |
|---|---|---|---|---|
| | March 31, 2015 | March 31, 2014 | March 31, 2015 | March 31, 2014 |
| Gain (Loss) on derivative contracts | $ 7,159,302 | $ (5,601,123) | $ 22,718,812 | $ (12,221,932) |
| | $ 7,159,302 | $ (5,601,123) | $ 22,718,812 | $ (12,221,932) |

17

Table of Contents

**CUBIC ENERGY, INC.**

**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**AS OF MARCH 31, 2015**
**(Unaudited)**

| | Volume Mmbtus/Bbls | Fair Value per MMBtu / Bbl | | Fair value at March 31, 2015 | |
|---|---|---|---|---|---|
| **Natural gas:** | | | | | |
| Call Options: | | | | | |
| 2015 | 8,022,294 | $ | (0.04) | $ | (317,237) |
| 2016 | 11,056,752 | $ | (0.18) | $ | (1,971,143) |
| 2017 | 11,184,600 | $ | (0.33) | | (3,680,293) |
| 2018 | 8,252,340 | $ | (0.43) | $ | (3,527,875) |
| **Total natural gas** | | | | $ | (9,496,548) |
| | | | | | |
| **Oil:** | | | | | |
| Swaps: | | | | | |
| 2015 | 4,149 | | 39.36 | $ | 163,314 |
| 2016 | 2,900 | | 33.68 | $ | 97,667 |
| | | | | $ | 260,981 |
| | | | | | |
| Call Options: | | | | | |
| 2015 | 85,464 | $ | (0.29) | $ | (24,319) |
| 2016 | 131,796 | $ | (1.42) | $ | (187,601) |
| 2017 | 119,868 | $ | (2.48) | $ | (296,873) |
| 2018 | 79,452 | $ | (3.31) | | (262,807) |
| **Total oil** | | | | $ | (771,600) |
| **Total oil and natural gas derivatives** | | | | $ | (10,007,167) |

18

Table of Contents

**CUBIC ENERGY, INC.**

**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**AS OF MARCH 31, 2015**
**(Unaudited)**

## Note I — Warrants liability

The Company's outstanding warrants issued in connection with the issuance of the Notes on October 2, 2013 are classified as liabilities and are adjusted to reflect fair value at the end of each reporting period, with the changes in fair value recognized as a change in fair value of warrants liability in the Company's condensed consolidated statements of operations. Specifically, the warrants issued in connection with Notes issued on October 2, 2013, grant the warrant holders certain anti-dilution protection which provide exercise price adjustments in the event that any common stock or common stock equivalents are issued at an effective price per share that is less than the then-current exercise price per share.

The Company recorded the liability related to the fair value of these warrants issued in connection with the issuance and sale of the Notes on October 2, 2013 in an amount equal to the value assigned to the Class A Warrants of $23,700,437 and the value assigned to the Class B Warrants of $9,710,596, or an aggregate of $33,411,033 recorded as a liability upon issuance. The subsequent decrease in the warrants' fair value during the nine months ended March 31, 2015 and the same period in 2014, has been reflected as a decrease in the warrants liability and a credit to net income of $11,744,625 and $13,357,742, respectively. Upon exercise or expiration of the warrants, the fair value of the warrants at that time will be reclassified to equity from a liability.

Additionally, the Company re-priced and extended warrants to purchase 8,500,000 shares of common stock in connection with the amendment of its Credit Agreement with WFEC in December 2012. The previously issued warrants were modified to provide for an exercise price of $0.20 per share with the exercise term extended to December 31, 2017. The warrants included certain anti-dilution provisions, which provide exercise price adjustments in the event that any common stock equivalents are issued at an effective price per share that is less than the exercise price of the warrants. The warrants were not recorded as a fair value liability for the year ended June 30, 2013 or previous years. The Company, however, recorded the fair value of these warrants as of July 1, 2013 ($1,805,898) as an out-of-period charge to net income and corresponding liability on July 1, 2013. The subsequent decrease in the warrants' fair value during the year ended June 30, 2014, which includes the effect of the anti-dilution re-pricing from $0.20 per share to $0.17 per share in connection with the issuance of the Notes on October 2, 2013, has been reflected as a reduction in the warrant liability and a credit to net income, resulting in a debit to net income of $114,565 and a credit to net income of $772,300 in the three and nine months ended March 31, 2015, respectively. The subsequent decrease in the warrants' fair value during the three months ended March 31, 2014 has been reflected as a reduction in the warrant liability and a credit to net income amounting to $369,801 while the increase in warrants' fair value for the nine months ended March 31, 2014 has been reflected as an increase in warrant liability and debit to net income amounting to $1,340,049.

Upon exercise of the warrants, the fair value of the warrants at that time will be reclassified to equity from a liability. The following table is a summary of the warrant liability activity measured at fair value using Level 3 inputs during the three months ended March 31, 2015 and June 30, 2014:

|  | March 31, 2015 | June 30, 2014 |
|---|---|---|
| Balance at period beginning | $   16,290,341 | $   33,411,033 |
| Change in fair value |  |  |
|    Class A and B warrants | (11,744,625) | (18,102,734) |
|    WFEC warrants | (772,300) | 982,042 |
| Balance at period end | $   3,773,416 | $   16,290,341 |

The following table summarizes the change in fair value of warrants liability for the three and nine months ended March 31, 2015 and 2014:

|  | Three Months Ended March 31, | | Nine Months Ended March 31, | |
|---|---|---|---|---|
|  | 2015 | 2014 | 2015 | 2014 |
| Class A and B warrants | $ (1,351,090) | $ 5,177,320 | $ 11,744,625 | $ 13,357,742 |
| WFEC warrants | (114,565) | 369,801 | 772,300 | (1,340,049) |
|  | $ (1,465,655) | $ 5,547,121 | $ 12,516,925 | $ 12,017,693 |

Table of Contents

## CUBIC ENERGY, INC.

### NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS
### AS OF MARCH 31, 2015
### (Unaudited)

The estimated fair value of the warrants issued in connection with the Notes was determined using the Monte Carlo Simulation option pricing model, assuming there will be no dividend, using the applicable exercisable periods, a risk-free rate of return of approximately 0.89% and an expected stock volatility of approximately 80%. The estimated fair value for warrants associated with the WFEC Credit Agreement was determined using the Black-Scholes option pricing model, assuming there will be no dividend, using the applicable exercisable periods, a risk-free rate of return of approximately 0.89% and an expected volatility of 80%.

### Note J — Asset Retirement Obligations

We record an asset retirement obligation ("ARO") associated with the retirement of our long-lived assets in the period in which they are incurred and become determinable. Under this method, we record a liability for the expected future cash outflows discounted at our credit-adjusted risk-free interest rate for the dismantlement and abandonment costs, excluding salvage values, of each oil and gas property. We also record an asset retirement cost to the oil and gas properties equal to the ARO liability. The fair value of the asset retirement cost and the ARO liability is measured using primarily Level 3 inputs. The significant unobservable inputs to this fair value measurement include estimates of plugging, abandonment and remediation costs, inflation rate and well life.  The inputs are calculated based on historical data as well as current estimated costs. Accretion of the liability is recognized each period using the interest method of allocation, and the capitalized cost is depleted over the useful life of the related asset.

The following table reflects the ARO liability for the quarter ended March 31, 2015 and year ended June 30, 2014:

|  | March 31, 2015 | June 30, 2014 |
|---|---|---|
| Asset retirement obligations, at period beginning | $ 1,916,276 | $ — |
| Activity during the period: |  |  |
| Liabilities incurred during the period | — | 1,576,322 |
| Liabilities settled during the period | (235,709) | — |
| Accretion of ARO | 182,864 | 339,954 |
| Asset retirement obligations, at period end | $ 1,863,431 | $ 1,916,276 |

### Note K — Lease Operating Expenses

Within the Company's Lease operating costs as part of transportation and marketing expenses, volume shortfall payments were created as part of a transaction monetizing mid-stream assets. Gastar had entered into a transportation agreement with their East Texas mid-stream natural gas gathering system purchaser, requiring a certain minimum quarterly volume of natural gas production, which agreement was assumed by Cubic as part of the acquisitions discussed in Note B. This agreement required Cubic to make payments for the natural gas volume shortfalls for any quarter through October 2014.  Volume shortfalls required Cubic to make quarterly payments, in excess of normal transportation and marketing costs. This agreement expired in October 2014, and we paid the entire balance of $929,634, during the quarter ended March 31, 2015.

Table of Contents

## CUBIC ENERGY, INC.

**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**
**AS OF MARCH 31, 2015**
**(Unaudited)**

### Note L — Related Party Transactions

An affiliated company, Tauren Exploration, Inc. ("Tauren"), which is owned 100% by Mr. Wallen, owned working interests in certain of the wells in which the Company owns a working interest.  As of the end of fiscal 2014, Tauren owed $3,333 to the Company, and as of the end of March 31, 2015 Tauren owed $0 to the Company for miscellaneous general and administrative expenses and royalties. Tauren owed the Company $2,765 and $1,518 for royalties paid by a third-party operator as of June 30, 2014 and March 31, 2015, respectively.

In addition, certain of the Company's working interests are operated by an affiliated company, Fossil Operating, Inc. ("Fossil"), which is owned 100% by Mr. Wallen. As of June 30, 2014 and March 31, 2015, the Company owed Fossil $33,533 and $130,960 respectively, for capital expenditures, the Company owed Fossil $264,705 and $373,811, respectively, for drilling costs and lease and operating expenses, and the Company was owed by Fossil $65,650 and $50,755, respectively, for oil and gas sales.

### Note M — Commitment and contingencies - Legal proceedings

We are party to lawsuits arising in the normal course of business. We intend to defend these actions vigorously and believe, based on currently available information, that adverse results or judgments from such actions, if any, will not be material to our financial position or results of operations. The legal climate in Northwest Louisiana is hostile and litigious towards oil and gas companies; and the legal environment in East Texas is becoming increasingly competitive and hostile. Mineral owners are seeking opportunities to make additional money from their mineral rights, including pursuit of claims of lease expiration by asserting that production does not exist in paying quantities. In the normal course of our business, title defects and lease issues of varying degrees will arise, and, if practicable, reasonable efforts will be made to cure any such defects and issues.

A lawsuit was filed on or about June 15, 2010, styled, "Gloria's Ranch, LLC v. Tauren Exploration, Inc., Cubic Energy, Inc., Wells Fargo Energy Capital, Inc. & EXCO USA Asset, LLC", filed in the 1st Judicial District Court, Caddo Parish, Louisiana, Cause No. 541-768, A.  This lawsuit alleges that all or part of the Gloria's Ranch mineral lease has lapsed, and seeks a finding that the mineral lease has lapsed, damages, attorney fees, and other equitable relief. This lawsuit would have a material effect, with the lost acreage component having an estimated value of up to $9,100,000, if ultimately adjudicated entirely in favor of the mineral owner. This matter went to a bench trial in Caddo Parish, Louisiana, in March 2015, and post-trial briefing has been concluded.  We await a ruling from the Judge.

Table of Contents

### Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations.

The following discussion of operations for the three and nine months ended March 31, 2015 and 2014 should be read in conjunction with our condensed consolidated financial statements and the notes thereto included in this Quarterly Report on Form 10-Q and with the financial statements, notes and management's discussion and analysis included in our Annual Report on Form 10-K for the year ended June 30, 2014.

Statements in this discussion may be forward-looking. These forward-looking statements involve risks and uncertainties, including those discussed below, which could cause actual results to differ from those expressed.

### Overview

Our primary resource is our oil and gas reserves. Our strategy with respect to our domestic exploration program seeks to maintain a balanced portfolio of drilling opportunities that range from lower risk, field extension wells to the smaller scale pursuit of Company appropriate higher risk, high reserve potential prospects.

Our acquisition of East Texas Basin assets is at the core of our current strategy, providing the lower risk development opportunities and high yield opportunities within the same property.  We are exploring acquiring additional properties with this similar development profile.

Additionally, our focus is on exploration opportunities that can benefit from advanced technologies, including 3-D seismic, designed to reduce risks and increase success rates. We develop prospects in-house with an affiliate and through strategic alliances with exploration companies that have expertise in specific target areas. In addition, we evaluate externally generated prospects and look to participate in certain of these opportunities to enhance our portfolio.

We are currently focusing our domestic exploration activities to develop, re-enter, and re-complete existing well bores with respect to our East Texas Basin assets, as well as developing our leasehold interests in Louisiana. Our East Texas Basin prospects have been developed from the top of the Cretaceous formations all the way to the bottom of the Deep Bossier Shale. The various Cretaceous zones all have a strong oil and liquids component, which are helping us transition away from dry natural gas. The high production of dry natural gas from the various Bossier sands has provided us an increase in short term cash flow without substantial out-of-pocket expenditures, even at current commodity prices, through the re-recompletion and work over of existing wells. Prospects in our Louisiana leaseholds are focused on the Cotton Valley and the Haynesville Shale, but also include the Hosston, Gloyd, Pettet, Glen Rose and Paluxy.

Product prices, over which we have no control, have a significant impact on revenues from production and the value of such reserves and thereby on our borrowing capacity. Within the confines of product pricing, we seek to find and develop or acquire oil and gas reserves in a cost-effective manner in order to generate sufficient financial resources through internal means to finance our capital expenditure program.

All of our strategies are subject to resolving our current defaults under our credit facilities and obtaining sufficient capital resources.

## Legacy Louisiana Acreage

Our corporate strategy with respect to our asset acquisition and development efforts is to position the Company in low risk opportunities while building mainstream high yield reserves. The acquisition of our legacy acreage in DeSoto and Caddo Parishes, managed by Cubic Louisiana, put us in reservoir rich environment in the Hosston, Cotton Valley and Bossier/Haynesville Shale formations, with additional shallow formations to exploit as well. We have had success on our acreage with wells drilled achieving production from the Hosston formation, the Cotton Valley formation and the Bossier/Haynesville Shale formation.

22

Table of Contents

We share our Bossier/Haynesville formation acreage with Goodrich Petroleum Corporation ("Goodrich"), Chesapeake Energy Corporation ("Chesapeake"), Petrohawk Energy Corporation ("Petrohawk"), EP Energy E&P Company, L.P. ("El Paso"), BG US Production Company, LLC ("BG"), EXCO Operating Company, LP ("EXCO") and Indigo Minerals, LLC ("Indigo Minerals"), several of which are actively working on parts of our shared acreage.

## Legacy Texas Acreage

Our legacy Texas properties are situated in Eastland and Callahan Counties. These Texas properties consist primarily of wells acquired in several transactions between 1991 and 2002 and through overriding royalty interests reserved in farm-out agreements in 1998 and 1999. These wells produce limited amounts of natural gas and oil condensate.

## Acquired Texas Acreage and Louisiana Working Interests

Our acquisition of acreage in Leon and Robertson Counties, Texas, puts us in the additional reservoir rich environments in the Eagle Ford, Woodbine, Austin Chalk, Buda, Glen Rose and Georgetown formations, with additional shallow formations to exploit as well. We have seen success on our acquired acreage and Louisiana legacy acreage with two wells drilled and completed and recently signed agreements to drill and complete four additional wells by EXCO with designs on achieving additional production from the Haynesville shale formation. Concurrently with the acquisition of the acreage in Leon and Robertson Counties, Texas, we acquired bolt-on working interests in our legacy Louisiana acreage. These interests consist of additional working interests in the same Louisiana properties.

The legacy Texas acreage is operated by Fossil Operating, Inc. ("Fossil"), an entity controlled by Calvin A. Wallen,

our Chairman of the Board and Chief Executive Officer.

## Results of Operations

*For the Three Months ended March 31, 2015 and 2014*

| | Three months ended March 31, | | | |
|---|---|---|---|---|
| | 2015 | | 2014 | |
| **Production Volumes:** | | | | |
| Oil (Bbls) | | 1,958 | | 1,698 |
| Natural gas liquids (Bbls) | | 540 | | 518 |
| Natural gas (Mcf) | | 912,597 | | 1,264,380 |
| Total (Mcfe) | | 927,585 | | 1,277,672 |
| | | | | |
| **Weighted Average Sales Prices:** | | | | |
| Oil (per Bbl) | $ | 42.07 | $ | 95.25 |
| Natural gas liquids (per Bbl) | $ | 18.62 | $ | 48.72 |
| Natural gas (per Mcf) | $ | 3.22 | $ | 3.98 |
| | | | | |
| **Selected Expenses per Mcfe:** | | | | |
| Production costs | $ | 0.90 | $ | 0.61 |
| Workover expenses (non-recurring) | $ | 0.00 | $ | 0.47 |
| Severance taxes | $ | 0.03 | $ | (0.04) |
| Other revenue deductions | $ | 0.76 | $ | 1.38 |
| Total lease operating expenses | $ | 1.69 | $ | 2.42 |
| General and administrative expenses | $ | 1.64 | $ | 1.13 |
| Depreciation, depletion and amortization | $ | 0.99 | $ | 2.10 |

23

Table of Contents

## Revenues

*Oil and Gas Sales* decreased 42% to $3,031,948 for the quarter ended March 31, 2015 from $5,219,837 for the quarter ended March 31, 2014, approximately $1,425,933 of which was due to volume declines and $761,956 of which was due to a decrease in oil and natural prices during the 2015 quarter. We received an average oil price of $42.07 per barrel and an average natural gas price of $3.22 per Mcf in the 2015 quarter versus $95.25 per barrel of oil and $3.98 per Mcf of natural gas in the 2014 quarter.

## Costs and Expenses

*Oil and Gas Production and Operating Costs* decreased 49% to $1,570,977 (52% of oil and gas sales) for the three months ended March 31, 2015 from $3,105,635 (59% of oil and gas sales) for the same period in 2014, primarily due to other revenue deduction expenses decreasing $1,058,418. These are costs passed-through to the Company by the purchaser of the Company's gas. Such costs are deducted from the Company's gross revenue by the purchaser and include, but are not limited to: costs to market the Company's gas, compression fees, and the cost of fuel used by the purchaser to convey the Company's gas. Lease operating expenses increased $38,450, workovers expenses decreased $601,914, and production taxes increased $80,362.

*Accretion of Asset Retirement Obligation ("ARO")* was $19,527 for the three months ended March 31, 2015 and $113,318 for the three months ended March 31, 2014.

*General And Administrative Expenses* ("G&A") increased 13% to $1,524,437 for the three months ended March 31, 2015 from $1,444,340 for the same period in 2014, primarily due to an increase of $81,229 in corporate fees/expenses during the three months ended March 31, 2015 as compared to the 2014 quarter.

*Depreciation, Depletion and Non-Loan Related Amortization* ("DD&A") decreased 66% to $920,764 in the three

months ended March 31, 2015 from $2,685,149 in the same period in 2014. The decrease was primarily due to the approximate 350,087 Mcf equivalent decrease in production during the three months ended March 31, 2015 as compared to March 31, 2014.

*Derivatives Gain* was $7,159,302 for the three months ended March 31, 2015. There was a derivatives loss of $5,601,123 for the three months ended March 31, 2014. The net derivative gain in the 2015 quarter was due to contract prices of $92 per barrel of oil and $3.90 per Mcf for natural gas generally being lower than the settlement prices. The net derivative loss in the 2014 quarter was due to contract prices of $92 per barrel of oil and $3.90 per Mcf for natural gas generally being higher than the settlement prices.

*Interest Expense, Including Amortization of Loan Costs* increased 27% to $7,240,047 in the three months ended March 31, 2015 from $5,695,528 in the same period of 2014. Our debt increased as a result of the financing for our acquisitions during fiscal 2014. We had total outstanding debt of $81,521,277 (net of discounts) as of March 31, 2015 and $65,131,691 as of March 31, 2014. As part of the refinancing we borrowed $66,000,000 through the issuance of the Notes. During the three months ended March 31, 2015, the Company borrowed an additional $3,000,000 for drilling and completion, which increased our debt outstanding with WFEC to $29,880,936 as of March 31, 2015. The aggregate face amount of the Notes increased by $2,834,798, as a result of making certain interest payments through issuing additional notes, which create a total outstanding to the lenders of $68,834,798 (before discounts). The discounts are being amortized over the three-year term of the debt as additional interest expense. We also accrued approximately $15,461,355 of additional interest related to the Notes that is included in accounts payable and accrued expenses. We reported $432,346 in the capitalization of interest expense to the full cost pool for oil and gas properties for fiscal 2014. The capitalized interest for the

24

Table of Contents

three month period ended March 31, 2015 was $50,918 compared to $34,080 for the same period in 2014.

*Change in Fair Value of Warrants Liability* of $1,465,655 was recognized for the three months ended March 31, 2015 compared to $5,547,121 for the same period in fiscal 2014. The fair value of warrants liability associated with the Company's Class A and B warrants, which were issued in connection with the issuance of the Notes on October 2, 2013, increased as of March 31, 2015, by $1,351,090. There was also an increase in fair value of warrants held by WFEC of $114,565 for the three months ended March 31, 2015. The fair value of warrants liability associated with the Company's Class A and B warrants, which were issued in connection with the issuance of the Notes on October 2, 2013, decreased as of March 31, 2014, by $5,177,320. There was also a decrease in fair value of warrants held by WFEC of $369,801 for the three months ended March 31, 2014.

*Net Loss Attributable to Common Shareholders* for the three months ended March 31, 2015 was $3,208,072 compared to a net loss of $8,495,152 for the three months ended March 31, 2014. The decrease in our net loss attributable to common shareholders was primarily due to the change in non-cash gains and losses on derivative contracts and change is fair value in warrant liabilities in each respective quarter. During the three months ended March 31, 2015, we had non-cash gains on derivative contracts of $7,159,302, as compared to non-cash losses of $5,601,123 for the same period in fiscal 2014. Our change in fair value of warrant liabilities was a loss of $1,465,655 for the three months ended March 31, 2015 as compared to a gain of $5,547,721 for the same period in fiscal 2014.

25

Table of Contents

*For the Nine Months ended March 31, 2015 and 2014*

| | Nine months ended March 31, | |
|---|---|---|
| | 2015 | 2014 |
| **Production Volumes:** | | |
| Oil (Bbl) | 8,955 | 5,970 |
| Natural gas liquids (Bbl) | 1,735 | 1,884 |

| | | | | |
|---|---|---|---|---|
| Natural gas (Mcf) | | 3,027,207 | | 2,800,069 |
| Total (Mcfe) | | 3,091,347 | | 2,847,190 |

| **Weighted Average Sales Prices:** | | | | |
|---|---|---|---|---|
| Oil (per Bbl) | $ | 74.69 | $ | 93.87 |
| Natural gas liquids (Bbl) | $ | 34.94 | $ | 45.36 |
| Natural gas (per Mcf) | $ | 3.31 | $ | 3.64 |

| **Selected Expenses per Mcfe:** | | | | |
|---|---|---|---|---|
| Production costs | $ | 0.93 | $ | 0.71 |
| Workover expenses (non-recurring) | $ | 0.00 | $ | 0.25 |
| Severance taxes | $ | 0.03 | $ | 0.00 |
| Other revenue deductions | $ | 1.18 | $ | 1.24 |
| Total lease operating expenses | $ | 2.14 | $ | 2.20 |
| General and administrative expenses | $ | 1.38 | $ | 1.39 |
| Depreciation, depletion and amortization | $ | 1.61 | $ | 2.01 |

## Revenues

*Oil and Gas Sales* decreased 1% to $10,752,951 for the nine months ended March 31, 2015 from $10,841,391 for the nine months ended March 31, 2014 primarily due to decreased commodity prices, despite increased oil and gas volumes during the nine months ended March 31, 2015. We received an average oil price of $74.69 per barrel and an average natural gas price of $3.31 per Mcf for the nine months ended March 31, 2015 versus $93.87 per barrel of oil and $3.64 per Mcf of natural gas for the nine months ended March 31, 2014.

## Costs and Expenses

*Oil and Gas Production and Operating Costs* increased to $6,606,815 (61% of oil and gas sales) for the nine months ended March 31, 2015 from $6,409,143 (59% of oil and gas sales) for the same period in 2014. The increase was primarily due to an increase of $109,480 in other revenue deduction expenses and the $101,499 increase on production taxes recognized from the increased number of wells brought online during the nine months ended March 31, 2015 versus the same period of 2014. Other revenue deductions are costs passed-through to the Company by the purchaser of the Company's gas. Such costs are deducted from the Company's gross revenue by the purchaser and include, but are not limited to: costs to market the Company's gas, compression fees, and the cost of fuel used by the purchaser to convey the Company's gas.

*Accretion of Asset Retirement Obligation* ("ARO") was $182,864 for the nine months ended March 31, 2015 and $226,635 for the months ended March 31, 2014.

*General And Administrative Expenses* decreased 10% to $4,273,927 for the nine months ended March 31, 2015 from $4,735,950 for the same period in 2014 primarily due to a decrease of $392,288 in legal fees/expenses and a $783,380 decrease in consulting and management fees, during the nine months ended March 31, 2015 as compared to the same period in 2014.

Table of Contents

*Depreciation, Depletion and Amortization* decreased 13% to $4,988,262 in the nine months ended March 31, 2015 from $5,726,591 in the same period in 2014. The decrease was primarily due to a downward revision of future development costs of oil and natural gas during the nine months ended March 31, 2015 as compared to March 31, 2014.

*Derivatives Gain* was $22,718,812 for the nine months ended March 31, 2015. There was a derivative loss of $12,221,932 for the nine months ended March 31, 2014. The net derivative gain in the nine months ended March 31, 2015 was primarily due to contract prices of $92 per barrel of oil and $3.90 per Mcf for natural gas generally being lower than the future settlement prices. The net derivative loss in the nine months ended March 31, 2014 was due to contract prices of $92 per barrel of oil and $3.90 per Mcf for natural gas generally being higher than the future settlement prices.

*Change in Fair Value of Warrants Liabilities* of $12,516,925 was recognized for the nine months ended March 31, 2015. The fair value of warrants liability associated with the Company's Class A and B warrants, which were issued in connection with the issuance of the Notes on October 2, 2013, decreased as of March 31, 2015, by $11,744,625. There was an overall decrease in fair value of warrants held by WFEC of $772,300 for the nine months ended March 31, 2015. There was a change in fair value of $12,017,693 recognized for the nine months ended March 31, 2014. The fair value of warrants liability associated with the Company's Class A and B warrants, which were issued in connection with the issuance of the Notes on October 2, 2013, decreased as of March 31, 2014, by $13,357,742. There was an overall decrease in fair value of warrants held by WFEC was $465,849 for the nine months ended March 31, 2014.

*Interest Expense, Including Amortization of Loan Costs* increased 70% to $21,424,926 for the nine months ended March 31, 2015 from $12,580,873 in the same period of 2014. Our debt increased as a result of the financing for our acquisitions during fiscal 2014. We had total outstanding debt of $81,521,277 (net of discounts) as of March 31, 2015 and $65,131,691 as of March 31, 2014. As part of the refinancing we borrowed $66,000,000 through the issuance of the Notes. During the nine months ended March 31, 2015, the Company borrowed an additional $5,000,000 for drilling and completion, which increased our debt outstanding with WFEC to $29,880,936 as of March 31, 2015. The aggregate face amount of the Notes increased by $2,834,798, as a result of making certain interest payments through issuing additional Notes, which create a total outstanding to the lenders of $68,834,798 (before discounts). The discounts are being amortized over the three-year term of the debt as additional interest expense. We also accrued approximately $15,461,355 of additional interest related to the Notes that is included in accounts payable and accrued expenses. We reported $432,346 in the capitalization of interest expense to the full cost pool for oil and gas properties for fiscal 2014. The capitalized interest for the nine month period ended March 31, 2015 was $59,548 compared to $53,098 for the same period in 2014.

*Net Income Attributable to Common Shareholders* for the nine months ended March 31, 2015 was $6,540,354 compared to $2,071,949 for the nine months ended March 31, 2014. The increase in our net income attributable to common shareholders was primarily due to changes in non-cash gains in each respective quarter, offset by the increased interest expense during the 2015 period. The nine months ended March 31, 2015 had non-cash gains on derivative contracts of $22,718,812 and a gain in fair value of warrant liabilities of $12,516,925. During the nine months ended March 31, 2014, we had $12,580,873 of interest expense and a $12,221,932 loss on derivatives.

27

---

Table of Contents

## Financial condition, Liquidity and Capital Resources Financial Condition

At March 31, 2015, we had a working capital deficit of $93,731,310, an increase from our working capital deficit of $72,997,802 as of June 30, 2014. The increase in our working capital deficit is primarily attributable to an increase in our borrowings, which are classified as current due to our financial condition.

Additionally, we are currently subject to a forbearance agreement in relation to the Note Purchase Agreement which required us to, among others, enter into a definitive agreement with respect to a Strategic Transaction by October 17, 2014, the Company was required to enter into a definitive agreement with respect to a Strategic Transaction, as defined in the Amendment, that is reasonably expected to be consummated by December 31, 2014 and which would result in the payment in full, in cash, of all amounts owing to the holders of the Notes, or a joint venture, strategic alliance or other transaction satisfactory to the holders of the Notes. We continue to explore alternatives with respect to a Strategic Transaction, although we have not yet identified or consummated a Strategic Transaction. We are also not in compliance with certain other covenants in the Note Purchase Agreement, as well as certain covenants in the credit facility with WFEC. We are in discussions with the holders of the Notes and WFEC with respect to available alternatives. Unless we cure these defaults, or we obtain an extension of time, the holders of the Notes and/or WFEC could accelerate the indebtedness represented by the Notes and/or WFEC loans and exercise all other remedies available to them, including foreclosing on our assets. There can be no assurance that we will be successful in curing these defaults.

## Financing Transactions

In October 2013, we entered into the Note Purchase Agreement, pursuant to which we issued an aggregate of $66,000,000 of Notes due October 2, 2016, to certain purchasers. The aggregate face amount of the Notes increased by $2,834,798, as a result of making certain interest payments through issuing additional Notes and accruing interest of $15,461,355, which results in total outstanding to the Lenders of $81,521,227 (before discounts)

at March 31, 2015 and there were no additional note amounts issued for the nine months ended March 31, 2015. As part of the refinancing of the Credit Facility with WFEC, the $5,000,000 convertible senior note was paid in full leaving a balance on the revolver of $20,865,110, the discount for which was fully amortized at closing in October 2013. That debt is reflected in a term loan bearing interest at the Wells Fargo Bank prime rate, plus 2%, per annum. As part of the Credit Agreement, WFEC is providing a revolving credit facility in the amount of up to $10,000,000, bearing interest at the same rate, with all advances under that revolving credit facility to be made in the sole discretion of WFEC. During the nine months ended March 31, 2015, the Company borrowed an additional $3,000,000 for drilling and completion, which increased our debt outstanding with WFEC to $29,880,936.  In the event that Cubic Louisiana does not have available cash to pay interest on the Credit Facility, accrued and unpaid interest will be paid in kind via an additional promissory note. We are currently paying quarterly cash interest payments on the Credit Facility, at the Wells Fargo Bank prime rate, plus 2%.

We also entered into an arrangement with a third party that resulted in the receipt of an upfront payment at closing of approximately $35,000,000, through the sale of calls, which upfront payment approximated fair value of the calls sold at inception. As a result, the Call Option Structured Derivative arrangement was initially recognized and measured at the amount of its upfront payment.  Under the terms of the Call Option Structured Derivative arrangement, Cubic Asset sold calls to the third party covering (i) approximately 556,000 barrels of oil at a strike price set between $80 per barrel and $90 per barrel, and (ii) approximately 51.3 million MMBtu's of gas at a strike price set between $3.45 per MMBtu and $3.90 per MMBtu. The scheduled volumes subject to the calls sold relate to production months from November 2013 through December 2018. The Company is subject to the price risks associated with product price changes that are in excess of the specified call prices. If the market price during the applicable production month is above the applicable strike price, Cubic Asset would be required to pay the third party the difference between the market price and strike price for the amount of production subject to the call.  This arrangement does not hedge the Company's risk associated with product price decreases. This, together with the proceeds from the original issuance of the Notes, resulted in total proceeds to the Company of approximately $101,000,000.

The Company, through its subsidiary Cubic Asset, entered into a Fixed Price Swap arrangement. Under the terms of the Fixed Price Swap arrangement, Cubic Asset will receive a fixed amount on approximately 18,000 barrels of oil at a price of $92 per barrel. The scheduled volumes subject to the swap related to

28

---

Table of Contents

production months from November 2013 through October 2016. Cubic Asset is subject to the price risks associated with product price increases above the specified fixed prices. Cubic Asset is using swaps to hedge some of its natural gas production. Cubic Asset receives the fixed price and pays the third party the floating market price during the applicable production month for the amount of production subject to the call.

**Working Capital and Cash Flow**

At March 31, 2015, we had a working capital deficit of $93,731,310, an increase from our working capital deficit of $72,997,802 as of June 30, 2014. The increase in our working capital deficit is primarily attributable to an increase in our borrowings which are classified as current due to our financial condition.

Our net decrease in cash and cash equivalents is summarized as follows:

|  | Nine months ended March 31, | |
|---|---|---|
|  | 2015 | 2014 |
| Net cash used in operating activities | $ (1,331,520) | $ (3,894,958) |
| Net cash used in investing activities | (10,780,922) | (73,498,934) |
| Net cash provided by financing activities | 10,067,912 | 86,490,797 |
| Net increase (decrease) in cash and cash equivalents | $ (2,044,530) | $ 9,096,905 |

*Operating Activities* — During the nine months ended March 31, 2015, the Company used cash flows from operating activities of $1,331,520 as compared to $3,894,958 of cash used in operating activities in the prior year period. Cash flow from operations is dependent on our ability to increase through our development and exploratory activities and the price received for oil and natural gas.

*Investing Activities* — The cash used in investing activities consists of capital expenditures related to the drilling and completion of new wells and the acquisition and development of additional oil and gas properties. In the nine months ended March 31, 2015, we had capital spending related to the development of oil and gas properties of $7,394,286 and a prepaid drilling expenditure of $3,386,636, resulting in total cash used of $10,780,922 by investing activities. In the nine months ended March 31, 2014, we had capital spending related to the acquisitions and development of oil and gas properties of $8,049,680, prepaid drilling of $1,171,106, and acquisition costs of $64,278,148, for total cash used of $73,498,934 by investing activities.

*Financing Activities* — Cash flows provided by financing activities were $10,067,912 and $86,490,797 during the nine month periods ended March 31, 2015 and 2014, respectively. These funds provided by financing activities in the 2015 period were primarily $5,000,000 of additional borrowings for drilling and completing 4 new wells, $5,000,000 of restricted cash used for operating activities and $67,912 received from derivative swaps. The use of restricted cash for operating activities is prohibited by the terms of the Note Purchase Agreement. These funds provided by financing activities in the 2014 period were primarily related to the issuance of the Notes and the proceeds from entering into the Call Option Structured Derivative.

## Capital Expenditures

A significant portion of our oil and gas reserves are undeveloped. As such, recovery of our future undeveloped proved reserves will require significant capital expenditures.  A portion of the proceeds from the issuance of the Notes and the Call Option Structured Derivative were used to consummate the acquisition of our East Texas Basin assets and additional working interests in our Louisiana properties. Due to our current financial condition, management can no longer make estimates regarding anticipated capital expenditures during fiscal 2015. The Company has significant negative working capital and any future capital expenditures will be dependent on re-financing our debt or otherwise acquiring additional funds. The Company has little or no control with respect to the timing of any third party operators drilling wells on acreage in which the Company has a working interest or the timing of drilling expenses incurred. Additional capital expenditures will be required for exploratory drilling on our undeveloped acreage.

Table of Contents

No assurance can be given that all or any of these anticipated or possible capital expenditures will be completed as currently anticipated.  Any acquisition of additional leaseholds would require that we obtain additional capital resources.

## Capital Resources
We must cure the defaults under our existing credit facilities, refinance our debt, and obtain additional capital.

As future cash flows, the availability of borrowings, and the ability to consummate any of the aforementioned potential transactions are subject to a number of variables, such as prevailing prices of oil and gas, actual production from existing and newly-completed wells, our success in developing and producing new reserves, the uncertainty of financial markets and joint venture and merger and acquisition activity, and the uncertainty with respect to the amount of funds which may ultimately be required to finance our development and exploration program, there can be no assurance that our capital resources will be sufficient to sustain our development and exploratory activities.

We have curtailed most of our planned development and exploratory activities. If a well is proposed by a third-party operator and we do not have the capital resources to participate in that well, we might not receive any revenue generated by that well, while still being required to fulfill the relevant royalty payment obligations to the mineral owner and other royalty holders.  Additionally, because future cash flows and the availability of borrowings are subject to a number of variables, there can be no assurance that our capital resources will be sufficient to sustain our development and exploration activities.

## Critical Accounting Policies and Estimates

Our discussion and analysis of our financial condition and results of operations are based upon the condensed financial statements, which have been prepared in accordance with accounting principles generally accepted in the United States of America. Preparation of these financial statements requires us to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses. There have been no changes to our

critical accounting policies from those described in our Annual Report on Form 10K for the year ended June 30, 2014.

## Item 3. Quantitative and Qualitative Disclosures About Market Risk.

Not Applicable

## Item 4. Controls and Procedures

## Conclusion Regarding the Effectiveness of Disclosure Controls and Procedures

Under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, we conducted an evaluation of our disclosure controls and procedures, as such term is defined in Rules 13a-15(e) and 15d-15(e) under the Exchange Act, as of the end of the period covered by this report. Based on this evaluation, our principal executive officer and our principal financial officer concluded that our disclosure controls and procedures were not effective to provide reasonable assurance that information required to be disclosed by us in reports we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms, and is accumulated and communicated to our management, including our principal executive officer and principal financial officer, as appropriate to allow timely decisions regarding required disclosures.

In September and October 2014, we identified material weaknesses in our internal controls over financial reporting in connection with our (i) financial reporting and disclosure process (ii) accounting for asset retirement obligations and (iii) accounting for certain complex accounting transactions. The first material weakness, our financial reporting and disclosure process, resulted in additional disclosures and amendments

30

Table of Contents

to our quarterly reports for the quarterly periods ended September 30, 2013, December 31, 2013 and March 31, 2014 necessary to present the financial statements in accordance with accounting principles generally accepted in the United States. The second material weakness, our accounting for asset retirement obligations ("ARO"), resulted in our inappropriate estimation of the ARO related to the properties acquired in our acquisitions in Fiscal 2014. Our third material weakness, our accounting for certain complex accounting transactions, resulted in an incorrect accounting treatment related to the warrants that were issued together with the Notes. The warrants contained 'full-ratchet' anti-dilution adjustment provisions that were not properly accounted for. Additionally, certain warrants that were re-priced in 2013 and 2014 also contained certain anti-dilution provisions that were not accounted for correctly since their issuance date. Finally, we did not apply the proper accounting for the exchanges of certain related party debt and equity instruments in transactions that were deemed equity contributions. As a result of these material weaknesses, we have amended our September 30, 2013, December 31, 2013 and March 31, 2014 Forms 10-Q.

We note that there are inherent limitations on the effectiveness of internal controls, as they cannot prevent collusion, management override or failure of human judgment. If we fail to maintain an effective system of internal controls or if management or our independent registered public accounting firm were to discover material weaknesses in our internal controls, we may be unable to produce reliable financial reports or prevent fraud, and it could harm our financial condition and results of operations, result in a loss of investor confidence and negatively impact our share price.

## Changes in Internal Control Over Financial Reporting

We maintain a system of internal control over financial reporting. There were material weaknesses in our internal control over financial reporting during the second quarter of fiscal 2015 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting. The Company will hire qualified experts to review complex transactions like those consummated in October 2013, to ensure all items are receiving proper accounting treatment.

## Inherent Limitations on Internal Control

A control system, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the benefits of controls must be considered

relative to their costs. Because of the inherent limitations in all control systems, no evaluation of controls can provide absolute assurance that all control issues and instances of fraud, if any, have been detected. These inherent limitations include the realities that judgments in decision making can be faulty, and that breakdowns can occur because of simple errors. Additionally, controls can be circumvented by the individual acts of some persons, by collusion of two or more people, or by management override of the control. The design of any system of controls is also based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions. Because of the inherent limitations in a cost-effective control system, misstatements due to error or fraud may occur and not be detected.

## PART II — OTHER INFORMATION

### Item 1. Legal Proceedings

We are party to lawsuits arising in the normal course of business. We intend to defend these actions vigorously and believe, based on currently available information, that adverse results or judgments from such actions, if any, will not be material to our financial position or results of operations. The legal climate in Northwest Louisiana is hostile and litigious towards oil and gas companies; and the legal environment in East Texas is becoming increasingly competitive and hostile. Mineral owners are seeking opportunities to make additional money from their mineral rights, including pursuit of claims of lease expiration by asserting that production does not exist in paying quantities. In the normal course of our business, title defects and

31

Table of Contents

lease issues of varying degrees will arise, and, if practicable, reasonable efforts will be made to cure any such defects and issues.

A lawsuit was filed on or about June 15, 2010, styled, "Gloria's Ranch, LLC v. Tauren Exploration, Inc., Cubic Energy, Inc., Wells Fargo Energy Capital, Inc. & EXCO USA Asset, LLC", filed in the 1st Judicial District Court, Caddo Parish, Louisiana, Cause No. 541-768, A.  This lawsuit alleges that all or part of the Gloria's Ranch mineral lease has lapsed, and seeks a finding that the mineral lease has lapsed, damages, attorney fees, and other equitable relief. This lawsuit would have a material effect, with the lost acreage component having an estimated value of up to $9,100,000, if ultimately adjudicated entirely in favor of the mineral owner. This matter went to a bench trial in Caddo Parish, Louisiana, in March 2015, and post-trial briefing has been concluded.  We await a ruling from the Judge.

### Item 1A. Risk Factors

None.

### Item 2. Unregistered Sales of Equity Securities and Use of Proceeds

None.

### Item 3. Defaults Upon Senior Securities

On July 14, 2014, the Company entered into an Amendment, Forbearance and Waiver Agreement (the "Amendment") with the holders of the Senior Notes due October 2016 ("Notes") and certain other parties thereto. The Amendment includes additional covenants including, among others, that by October 17, 2014, the Company was required to enter into a definitive agreement with respect to a Strategic Transaction, as defined in the Amendment, that is reasonably expected to be consummated by December 31, 2014 and which would result in the payment in full, in cash, of all amounts owing to the holders of the Notes, or a joint venture, strategic alliance or other transaction satisfactory to the holders of the Notes.  We continue to explore alternatives with respect to a Strategic Transaction, although we have not yet identified or consummated a Strategic Transaction.  We are also not in compliance with certain other covenants in the Note Purchase Agreement, as well as certain covenants in the credit facility with WFEC. We are in discussions with the holders of the Notes and WFEC with respect to available alternatives.  Unless we cure these defaults, or we obtain an extension of time, the holders of the Notes and/or WFEC could accelerate the indebtedness represented by the Notes and/or WFEC loans and exercise all other remedies available to them, including foreclosing on our assets. There can be no assurance that we will be successful in curing these defaults.

**Item 4. Mine Safety Disclosures**

None.

**Item 5. Other Information**

None.

32

Table of Contents

**Item 6. Exhibits**

| No. | Description |
| --- | --- |
| 31.1 | *Rule 13a-14(a)/15d-14(a) Certification of Chief Executive Officer |
| 31.2 | *Rule 13a-14(a)/15d-14(a) Certification of Chief Financial Officer |
| 32.1 | *Certification of Chief Executive Officer pursuant to 18 U.S.C. § 1350 |
| 32.2 | *Certification of Chief Financial Officer pursuant to 18 U.S.C. § 1350 |
| 101.INS* | XBRL Instance Document |
| 101.SCH* | XBRL Taxonomy Extension Schema Document |
| 101.CAL* | XBRL Taxonomy Calculation Linkbase Document |
| 101.DEF* | XBRL Taxonomy Definition Linkbase Document |
| 101.LAB* | XBRL Taxonomy Label Linkbase Document |
| 101.PRE* | XBRL Taxonomy Presentation Linkbase Document |

* Filed herewith.

33

Table of Contents

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**CUBIC ENERGY, INC.**
(Registrant)

Date: May 15, 2015          By:  /s/ Calvin A. Wallen, III
                                 Calvin A. Wallen, III, President and Chief Executive
                                 Officer

Date: May 15, 2015          By:  /s/ Larry G. Badgley

Larry G. Badgley, Chief Financial Officer (Principal Financial and Accounting Officer)

34

End of Document