**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Cubic Energy, Inc. *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No.: 15-12500 (CSS)<br><br>(Joint Administration Requested) |

**AGENDA FOR FIRST DAY HEARING
AND INDEX OF FIRST DAY PLEADINGS**

**DATE AND TIME: TUESDAY, DECEMBER 15, 2015 AT 11:00.M. (ET)[2]**

**I.    PETITIONS:**

1. Cubic Energy, Inc. Voluntary Chapter 11 Petition (Case No. 15-12500) [Filing Date: 12/11/15; D.I. 1]

2. Cubic Asset Holding, LLC Voluntary Chapter 11 Petition (Case No. 15-12499) [Filing Date: 12/11/15; D.I. 1]

3. Cubic Asset, LLC Voluntary Chapter 11 Petition (Case No. 15-12501) [Filing Date: 12/11/15; D.I. 1]

4. Cubic Louisiana Holding, LLC Voluntary Chapter 11 Petition (Case No. 15-12502) [Filing Date: 12/11/15; D.I. 1]

5. Cubic Louisiana, LLC Voluntary Chapter 11 Petition (Case No. 15-12503) [Filing Date: 12/11/15; D.I. 1]

**II.    DECLARATION IN SUPPORT OF FIRST DAY MOTIONS:**

6. **["First-Day Declaration"]** Declaration of Jon S. Ross in Support of First Day Motions [Filing Date: 12/11/15; D.I. 13]

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Cubic Energy, Inc. (2095), Cubic Asset Holding, LLC (3106), Cubic Asset, LLC (7565), Cubic Louisiana Holding, LLC (0729), and Cubic Louisiana, LLC (1412).

[2] Please note that the hearing is before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801. Parties who are unable to attend may participate telephonically by contacting CourtCall toll free by phone at (888) 882-6878. When making a request, parties must provide the case name and number, name of Judge, hearing date and time, name, address, phone number of participant, party whom participant represents, and the matter(s) on which the participant wishes to be heard or whether the participant intends to monitor the proceeding on a "listen-only" line.

{BAY:02825706v2}

### III. FIRST DAY PLEADINGS:

7. **["Joint Admin. Motion"]** Debtors' Motion for Joint Administration of Bankruptcy Cases [Filing Date: 12/11/15; D.I. 3]

    Status: This matter is going forward.

8. **["Consolidated Creditor List"]** Debtors' Motion for Entry of an Order (A) Authorizing the Debtors to File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor and (B) Granting Related Relief [Filing Date: 12/11/15; D.I. 4]

    Status: This matter is going forward.

9. **["Cash Collateral"]** Debtors' Motion for Entry of Interim and Final Agreed Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection, and (III) Scheduling a Final Hearing [Filing Date: 12/11/15; D.I. 5]

    Status: This matter is going forward on an interim basis.

10. **["Cash Management"]** Debtors' Motion for Interim and Final Orders (I) Authorizing Debtors to (A) Continue Using Existing Cash Management Procedures and (B) Maintain Existing Bank Accounts and Business Forms and (II) Granting Interim Waivers of Section 345(b) Requirements [Filing Date: 12/11/15; D.I. 6]

    Status: This matter is going forward on an interim basis.

11. **["Royalties Motion"]** Motion of the Debtors for an Order (I) Authorizing Them to Pay Prepetition and Postpetition Obligations on Account of Joint Interest Billings, Royalties, Overriding Royalty Interests, Pipeline Costs, and Severance Taxes (II) Authorizing Banks to Honor and Process Related Checks and Electronic Transfers; and (III) Waiving Applicable Stays to Allow for Immediate Relief [Filing Date: 12/11/15; D.I. 7]

    Status: This matter is going forward.

12. **["Utilities Motion"]** Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services on Account of Pre-Petition Invoices, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Filing Date: 12/11/15; D.I. 8]

    Status: This matter is going forward on an interim basis.

13. **["NOL Motion"]** Debtors' Motion for Entry of an Order (I) Establishing Notification Procedures and Approving Restrictions on Certain Transfers of Equity Interests in the Debtors' Estates and (II) Scheduling a Final Hearing [Filing Date: 12/11/15; D.I. 9]

    Status: This matter is going forward on an interim basis.

14. **["Employee Motion"]** Debtors' Motion to (I) Pay Prepetition Wages and Salaries to Employees (II) Pay Prepetition Employee Payroll Taxes, Expense Reimbursements and Benefits and Continue Benefit Programs in the Ordinary Course and (III) Direct Banks to Honor Checks for Payment of Prepetition Employee Obligations [Filing Date: 12/11/15; D.I. 10]

    Status: This matter is going forward.

15. **["Solicitation Motion"]** Motion of the Debtors for Entry of an Order (A) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (B) Establishing a Plan and Disclosure Statement Objection Deadline and Related Procedures, (C) Approving the Solicitation Procedures, (D) Approving the Confirmation Hearing Notice, (E) Directing that a Meeting of Creditors Not be Convened, and (F) Establishing Procedures for the Assumption of Executory Contracts and Unexpired Leases Under the Plan [Filing Date: 12/11/15; D.I. 11]

    Status: This matter is going forward.

16. **["Prime Clerk Retention"]** Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent [Filing Date: 12/11/15; D.I. 11]

    Status: This matter is going forward.

*[Remainder of Page Intentionally left Blank]*

Dated: December 14, 2015
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Justin R. Alberto*
Neil B. Glassman (No. 2087)
Scott D. Cousins (No. 3079)
Justin R. Alberto (No. 5126)
222 Delaware Avenue, Suite 900
Wilmington, Delaware 19801
Telephone:   (302) 655-5000
Facsimile:   (302) 658-6395
Email: nglassman@bayardlaw.com
      scousins@bayardlaw.com
      jalberto@bayardlaw.com

-and-

Robert W. Jones, Esquire
Brent R. McIlwain, Esquire
Brian Smith, Esquire
HOLLAND & KNIGHT LLP
200 Crescent Court, Suite 1600
Dallas, Texas 75201
Telephone:   (214) 964-9500
Facsimile:   (214) 964-9501
Email: robert.jones@hklaw.com
      brent.mcilwain@hklaw.com
      brian.smith@hklaw.com

*Proposed Counsel for the*
*Debtors and Debtors in Possession*